# EXHIBIT 1

STATE OF NORTH CAROLINA

COUNTY OF RANDOLPH

IN THE GENERAL COURT OF
JUSTICE
SUPERIOR COURT DIVISION
23 CVS _867_

EASTWOOD CONSTRUCTION, LLC
d/b/a EASTWOOD HOMES

        Plaintiff,

   vs.

JAMES L. BRYANT, JR. and SHARON
R. BRYANT,

        Defendants.

**VERIFIED COMPLAINT**

**[JURY TRIAL DEMANDED]**

Plaintiff Eastwood Construction, LLC d/b/a Eastwood Homes ("Eastwood"), complaining of Defendants James Bryant and Sharon Bryant (collectively, "Defendants"), would respectfully show unto this Honorable Court as follows:

## INTRODUCTION

1.    Eastwood brings this action to enjoin, and recover damages resulting from, the Bryants' malicious and unlawful smear campaign initiated against Eastwood and their threatening behavior directed at Eastwood's owners, employees, contractors, and vendors in North Carolina. The Bryants have engaged and continues to engage in a pattern of conduct with no purpose other than to damage Eastwood's business and reputation. The Bryants' egregious and threatening behavior constitutes harassment of Eastwood, tortious interference, defamation, and unfair trade practices regarding Eastwood's business, among other claims. They have caused, and will continue to cause, irreparable harm to Eastwood's owners and

employees and to Eastwood's business and reputation if their conduct is not enjoined by this Court.

## PARTIES AND JURISDICTION

2.    Eastwood is a North Carolina limited liability company with its principal place of business in Mecklenburg County, North Carolina. Eastwood maintains a place of business in the Triad and Triangle region of North Carolina. Eastwood owns land, and owns and sells homes, in Randolph County.

3.    Mr. Bryant is, upon information and belief, a citizen and resident of Randolph County, North Carolina residing at the street address 5629 Siler Street, Trinity, NC 27370. Mr. Bryant has engaged in tortious conduct in Randolph County, North Carolina.

4.    Ms. Bryant is, upon information and belief, a citizen and resident of Randolph County, North Carolina residing at the street address 5629 Siler Street, Trinity, NC 27370. Ms. Bryant has engaged in tortious conduct in Randolph County, North Carolina.

5.    This Court has jurisdiction over the subject matter of this dispute pursuant to N.C.G.S. § 7A-240.

6.    This Court has jurisdiction over the Bryants pursuant to N.C.G.S. § 1-75.4(1), (3) and (4).

7.    Venue is proper in this Court pursuant to N.C.G.S. §§ 1-79 and 1-82.

## FACTUAL ALLEGATIONS

**Mr. Bryant Enters into a Contract with Eastwood**

8.      On or about June 25, 2022, Mr. Bryant, as buyer, and Eastwood, as seller, entered into a contract (the "Contract") for the purchase of property in the Cottages at Piper Village ("Piper Village") in Randolph County (the "Property"). *See* Exhibit A.

9.      Eastwood is the builder and seller of all residential homes in Piper Village.

10.     Pursuant to the Contract, Eastwood was to construct a new home on the Property and, upon the completion of construction, the Bryants would move into the home.

11.     Section 27 of the Contract prohibits false, misleading, libelous, or defamatory statements regarding Eastwood. It provides:

> Notice of Warranty Requests; Dispute Resolution Where Seller Does Not cancel Prior to Closing; Social Media; Marketing Authorization: Eastwood Homes reputation for excellence has been hard-earned over decades of quality homebuilding and includes providing every homeowner a home warranty and a reliable home warranty process. With the advent of social media home warranty claims are sometimes made outside the Eastwood Homes warranty process, which complicates Seller's ability to provide follow-up services. Accordingly, any warranty claim or dispute between the parties remains confidential and is hereafter not subject to disclosure other than between the parties. **Buyers (and Buyer's agents) therefore agree they shall not make or encourage others to make any public statement, through any medium (including Facebook, Yelp, Twitter, or other social media sites whether existing at the time of contract or not) that is intended to, or reasonably could be foreseen to, be false, misleading, libelous or defamatory or be an unauthorized use of Eastwood Homes intellectual property, seek a non-contracted**

3

**for benefit or otherwise be designed to falsely embarrass, criticize, malign, harass or be otherwise obscene, vulgar or inappropriate regarding Eastwood Homes or its employees.** Eastwood Homes has specifically negotiated this provision and has further developed rules of use for various social mediums and its website designed to encourage construction feedback by its valued customers. To effectuate this section, Seller is hereby authorized by Buyer, and Buyer hereby grants to Seller, an irrevocable limited power of attorney which survives closing which authorizes Seller to remove, or require removal, of content posted in violation of this section from any source, provider, ISP, or social media or website. . .

Exhibit A at 12 (emphasis added).

12.     Piper Village is governed by a homeowner's association ("HOA"), pursuant to restrictive covenants (the "Covenants") and other governing documents. All properties and homeowners are bound by the Covenants.

13.     Under the terms of the Covenants, the HOA is currently controlled by Trent Adams Properties, LLC, the developer of the Piper Village development ("Developer").

14.     On July 29, 2022, the Bryants closed on the purchase of the Property. The terms of the Contract were merged into and became part of the Warranty Deed conveying the Property.  Upon information and belief, Defendants moved into the Property shortly thereafter.

**Defendants Make Complaints Regarding the Covenants**

15.     On or around February 9, 2023, Mr. Bryant entered the Eastwood Homes model home property at Piper Village. Mr. Bryant began complaining to Eastwood's sales agent regarding the Covenants, despite the fact that the sales agent had no control over any of the matters Mr. Bryant raised. Mr.  Bryant's aggressive behavior made the sales agent uncomfortable. As a result of this encounter, general

counsel for Eastwood, Allen Nason, emailed a no Trespass Notice to Mr. Bryant stating that Mr. Bryant was no longer authorized to enter onto any Eastwood property or approach any Eastwood employee within Piper Village, absent written approval. Mr. Nason also provided Mr. Bryant with information regarding who to contact with respect to HOA matters, warranty matters, and any other matters.

16.      Mr. Bryant did not respond to Mr. Nason's February 9, 2023 email or contact any of the parties that Mr. Nason suggested. Instead, Defendants began to stir up other neighbors in the community, spreading false and misleading information about the HOA, Covenants, and Eastwood.

**Defendants Interfere With Eastwood's Contracts and Prospective Contracts**

17.      Sometime in the middle of April 2023, Defendants began their coordinated campaign to damage Eastwood's business and reputation. Defendants placed, and caused others to place, signs on the Property's yard and other location that used Eastwood's name in a defamatory, libelous and misleading manner. One of these signs said, "EASTWOOD SLAVE VILLAGE."

18.      Realtors with prospective buyers commented on the disturbing signs and the negative environment it created. Moreover, homeowners in Piper Village photographed the signs and made complaints to Eastwood and the HOA.

19.      Mr. Bryant also began to harass potential buyers and realtors when they came to Piper Village to look at available lots. Defendants explicitly told these potential buyers not to buy homes in Piper Village. The intent of the actions were to frighten and harass realtors and prospective Eastwood customers.

20.     On April 21, 2023, Mr. Nason contacted Mr. Bryant by email and asked him to remove the sign or signs on his yard because it was in violation of the Contract, as well as the Covenants. (Exhibit B). Mr. Nason also warned Mr. Bryant that he and his neighbors were spreading false and misleading information and demanded that he and his neighbors desist.

21.     On or around April 21, 2023, an Eastwood customer, who was under contract to purchase a home in Piper Village, visited the neighborhood. This customer was approached by Mr. Bryant, who made negative comments about the neighborhood. This third party also observed signs, including the "EASTWOOD SLAVE VILLAGE" sign, that made her concerned about the neighborhood. Frightened by this encounter and Mr. Bryant's threatening manner, this customer pulled her contract and is no longer purchasing property in Piper Village.

22.     Defendants began planning a rally that would take place on their front lawn.  In advance of the meeting, Ms. Bryant made a post on TikTok stating, "Everything that was suppose to be done in this neighborhood legally is not being done and the builder, EASTWOOD HOMES nor the developer, TRENT ADAMS PROPERTIES LLC, wants to do anything about it!  This Saturday, at 12pm, we will be exposing their tails for the low down, dirty businesses that they are!!! Jim Crow will not pitch his . . ."



23.     On April 22, 2023, on or around 2:48 pm, Defendants organized the "Buyer Beware Campaign Rally" on their front lawn. Part of this rally was filmed, posted, and broadcast as a Facebook live video by Ms. Bryant. (The video can be found at https://www.facebook.com/100003546672768/videos/610334574346689/ and on a flash drive submitted with this filing – Exhibit C).

24.     During this rally, Mr. Bryant brandished a "glock" pistol while giving his remarks. Mr. Bryant can be seen brandishing a glock at around 1:45 timestamp of the video.



25.    Mr. Bryant's actions and brandishing of his weapon have caused Eastwood employees to fear for their safety.

26.    Mr. Bryant and Mr. Jared Jackson also made misleading and defamatory statements during this rally. Mr. Bryant began the rally by stating, "I got this sign out here in my yard and it says, 'EASTWOOD SLAVE VILLAGE' because I feel like a $400,000 slave. Bought this nice house right here. . . $400,000 plus. But they treating us like slaves out here.

27.    Mr. Jackson also made misleading comments in support of Mr. Bryant's statements and campaign. These statements included:

a.    "We've been lied to. . . .When somebody lie to you, it kind of gets underneath your skin."

    b.  "If there's a power struggle over there, they're literally your slave."

    c.  "We're making this about power – a power struggle. They are trying to enforce their will over us and telling us no and making us feel like we did something wrong."

28.    On April 22, 2023, shortly after the Buyer Beware Campaign Rally, Ms. Bryant sent an email to various neighbors in Piper Village spreading false and misleading information to the neighborhood about the legality of the Covenants. (Exhibit D).

29.    In this email, Ms. Bryant also referenced the "EASTWOOD SLAVE VILLAGE" sign. She stated, "in the meantime, I have removed the 'EASTWOOD SLAVE VILLAGE' sign in my yard as a goodwill gesture to prove this fight is not about race, but rather about property owner rights."

30.    Ms. Bryant proudly admitted that their actions have caused harm to Eastwood. At the end of her April 22, 2023 email, Ms. Bryant stated: "In closing, we are winning the fight! One potential buyer has already cancelled her contract to build and another is strongly considering the same! We will continue to fight until justice is done!"

31.    On April 24, 2023, Mr. Bryant finally responded to Nason's email regarding the "EASTWOOD SLAVE VILLAGE" sign. Mr. Bryant insisted the signs were legal and refused to remove the signs.

32.    Also on April 24, 2023, Bryant responded to an email from Trent Adams, the owner of the Developer, seeking Mr. Bryant's attorney's information, Mr. Bryant

stated: "I told you and [Eastwood in-house counsel Allen] Nason to leave me the f---
alone. Have your attorney contact me and I will forward the information. Maybe the
black son you told me you had can bring you cigarettes when you locked up."

33.    On April 24, 2023, undersigned counsel for Eastwood sent a formal
Cease and Desist Letter demanding that he cease and desist from all conduct that
threatens or harasses Eastwood's employees, agents or customers and any activity
that defames, maligns, or otherwise impugns the character and good name of
Eastwood, its homes, and its employees.

34.    On April 25, 2023, Ms. Bryant posted a photograph of the "EASTWOOD
SLAVE VILLAGE" sign on her lawn on Facebook. Ms. Bryant also provided a caption,
saying, "Let me remind you that evil people are still around and Jim Crow is still
practiced and alive and well. My husband is being harassed and receiving crazy
emails from this company and their attorneys all because he is speaking out against
how they are mishandling and mistreating the homeowners out here."

 Sharon Renea
5h · 🌐

This is in Trinity North Carolina in 2023!!!

I need all prayer warriors to pray a blood covering over my neighborhood, and a special one for my husband as he stands in the midst of wolves and snakes to fight for this neighborhood!

Let me remind you that evil people are still around and Jim Crow is still practiced and alive and well. My husband is being harassed and receiving crazy emails from this company and their attorneys all because he is speaking out against how they are mishandling and mistreating the homeowners out here!

Remember, they cannot stand an intelligent, smart, out spoken black man. When you are a fearless leader, you are a threat to the counterparts. But we stand in Victory!! We know who are and whose we are! And we shall prevail in Jesus name!!



😢👍😮 44                                    76 comments   11 shares

35.    On April 26, 2023, Ms. Bryant made a Facebook post advertising a rally on April 29, 2023 at 12 noon for purposes of interfering with Eastwood's business and its efforts to sell homes at Piper Village.  In particular, the Facebook post included a

sign which is, upon information and belief, installed on Defendants' property which states "BUYERS BEWARE."



36.    Upon information and belief, the purpose of the rally is to make additional slanderous and defamatory statements about Eastwood and to interfere with and cause harm to Eastwood's business.

37.    At no point have Defendants, or either of them, complained about the quality of their home or any aspect of the house or property that they purchased from Eastwood.  Rather, all of their complaints relate to the common areas or areas of the Piper Village property which are still under development by the Developer or relate to the fact that Piper Village does not have storm water drains and sewers and so storm water runs through engineered ditches and culverts in the front and rear of the lots as required by applicable building codes.  Eastwood has informed Defendants that it has no responsibility or involvement in these issues to no avail.  Thus, Defendants' substantive complaints are about matters and things solely within the control of the Developer, but all of their actions are knowingly directed to Eastwood and its business.

38.    All of Defendants' joint efforts were and are intentional attempts to interfere with and harm Eastwood's business.

## FIRST CLAIM FOR RELIEF
(Tortious Interference with Contract against Defendants)

39.    The foregoing allegations are restated and incorporated by reference as if fully stated herein.

40.    Eastwood has contractual relationships with real estate agents and agencies who show and list Eastwood's homes for sale.

13

41.  Eastwood also has contractual relationships with buyers who are under contract to buy homes that Eastwood will build or is building.

42.  Defendants are aware of Eastwood's contractual relationships with real estate agents and agencies and with buyers who are under contract to purchase homes from Eastwood.

43.  Defendants have intentionally interfered (and continues to interfere) with Eastwood's contractual relationships by attempting to induce real estate agents and agencies and buyers under contract with Eastwood to breach and/or terminate their contractual relationships with Eastwood, making false and defamatory statements intended to harm Eastwood's reputation, harassing potential buyers of Eastwood homes by making false statements about Eastwood, posting the "EASTWOOD SLAVE VILLAGE" and "BUYERS BEWARE" signs, posting defamatory videos, photographs, and captions on Facebook, and protesting in front of the Property while brandishing a gun.

44.  In fact, Ms. Bryant boasted that their efforts led to a potential buyer cancelling their contract with Eastwood, and another potential buyer considering the same course of action.

45.  At this time, Eastwood has lost profits significantly more than $25,000 as a result of the cancelled contract.

46.  Defendants' actions are without justification and intended solely to harm Eastwood's business.

47.    Eastwood has been damaged by Defendants' actions in an amount to be proven at trial.

48.    The harm suffered by Eastwood as a result of Defendants' actions is irreparable and immeasurable, and Eastwood will continue to suffer such harm if Defendants' actions are not enjoined as requested below.

## SECOND CLAIM FOR RELIEF
(Interference with Prospective Economic Advantage against Defendants)

49.    The foregoing allegations are restated and incorporated by reference as if fully stated herein.

50.    Eastwood has prospective contractual relations with numerous individuals who are considering buying homes from Eastwood in Piper Village.

51.    Defendants have intentionally interfered (and continues to interfere) with Eastwood's prospective contractual relations by, *inter alia,* making false and defamatory statements intended to harm Eastwood's reputation, harassing potential buyers of Eastwood homes by making false statements about Eastwood, posting the "EASTWOOD SLAVE VILLAGE" and "BUYERS BEWARE" signs, posting defamatory videos, photographs, and captions on Facebook, and protesting in front of the Property while brandishing a gun.

52.    Defendants' actions are without justification and undertaken for the improper purpose of harming Eastwood's business and reputation.

53.    But for Defendants' actions, Eastwood would have entered into contracts for the sale of homes to individuals who were dissuaded, by Defendants' actions, from buying homes from Eastwood.

54. The harm suffered by Eastwood as a result of Defendants' actions is irreparable and immeasurable, and Eastwood will continue to suffer such harm if Defendants' actions are not enjoined as requested below.

## THIRD CLAIM FOR RELIEF
(Libel Per Se against Defendants)

55. The foregoing allegations are restated and incorporated by reference as if fully stated herein.

56. As alleged above, Defendants published or caused to be published false statements on social media websites, including, but not limited to, Facebook and Tik Tok, on signage, and in email communications regarding Eastwood's business reputation.

57. These false statements included:

    a. Statements that Eastwood lied to its buyers;

    b. Statements that Eastwood was trying "enforce their will" over its buyers;

    c. Statements that Eastwood was harassing Mr. Bryant.

58. The false statements were received and viewed by third parties.

59. Defendants either knew or should have known the statements were false.

60. Defendants' false statements have caused harm to Eastwood's business reputation and standing in the community.

61. Furthermore, the false statements described above impugn the business reputation and ability of Eastwood and are therefore defamation *per se*.

16

62.     Eastwood has been damaged by Defendants' false and defamatory statements in an amount to be proven at trial.

63.     The harm suffered by Eastwood as a result of Defendants' false and defamatory statements is irreparable and immeasurable, and Eastwood will continue to suffer such harm if Defendants actions are not enjoined as requested below.

### FOURTH CLAIM FOR RELIEF
(Libel Per Quod against Defendants)

64.     The foregoing allegations are restated and incorporated by reference as if fully stated herein.

65.     As alleged above, Defendants published or caused to be published defamatory statements on social media websites, including, but not limited to, Facebook and TikTok, on signage, and in email communications regarding Eastwood's business reputation.

66.     These statements include:

a.  Statements labeling Piper Village as "Eastwood Slave Village;"

b.  Statements that Eastwood engages "Jim Crow" practices;

c.  Statements that Eastwood treats the homeowners and/or buyers as "slaves."

d.  Statements that Eastwood is actually or is seeking to "enslave" residents of Piper Village.

67.     These statements are, and at all times relevant were, libelous when considered with innuendo, colloquium, and explanatory circumstances.

68.     The libelous statements were received and viewed by third parties.

69.    Defendants either knew or should have known the statements were false.

70.    Defendants' libelous statements have caused harm to Eastwood's business reputation and standing in the community.

71.    Eastwood has incurred special damages as a result of these libelous statements. Eastwood has lost one prospective customer who was under contract for the purchase of a house in Piper Village, in part, because of the "EASTWOOD SLAVE VILLAGE" sign. Eastwood has experienced a loss of profits in an amount significantly more than $25,000.

72.    The harm suffered by Eastwood as a result of Defendants' false and defamatory statements is irreparable and immeasurable, and Eastwood will continue to incur special damages, including but not limited to, damages arising from permanent loss of business relationships, contracts, and lost profits if Defendants actions are not enjoined as requested below.

### FIFTH CLAIM FOR RELIEF
(Breach of Contract against Mr. Bryant)

73.    The foregoing allegations are restated and incorporated by reference as if fully stated herein.

74.    Eastwood and Mr. Bryant signed a Contract on June 25, 2022.

75.    Section 27 of the Contract prohibits Mr. Bryant from making any public statements that could reasonably be foreseen to be false, misleading, libelous, or defamatory.

76.    Mr. Bryant beached Section 27 of the Contract when he made false and defamatory statements to Eastwood's agents, employees and customers on April 21, 2023 and other dates.

77.    Mr. Bryant breached Section 27 of the Contract by making false and defamatory statements on Facebook while being filmed at the Buyer Beware Campaign Rally and by placing the "EASTWOOD SLAVE VILLAGE sign on his yard.

78.    Mr. Bryant breached Section 27 of the Contract by using Eastwood's name without written permission of Eastwood.

79.    Eastwood has been damaged by this breach in excess of $25,000 in an amount to be proven at trial.

## SIXTH CLAIM FOR RELIEF
(Unfair and Deceptive Acts or Practices against Defendants)

80.    The foregoing allegations are restated and incorporated by reference as if fully stated herein.

81.    Defendants have engaged in unfair and deceptive acts and practices as alleged above, including, *inter alia:*

a.    Defaming Eastwood and harming its business and reputation by making false claims about Eastwood lying to its buyers, harassing Mr. Bryant, and treating the homeowners as slaves;

b.    Posting a defamatory sign in the yard saying, "EASTWOOD SLAVE VILLAGE" with the intent of harming Eastwood's business and reputation;

19

    c.  Posting a sign in the yard saying, "BUYERS BEWARE" with the intent of harming Eastwood's business and reputation;

    d.  Harassing Eastwood's employees, customers, and potential customers and attempting to dissuade individuals from purchasing homes from Eastwood with no legitimate purpose and with the intent of harming Eastwood's business and reputation;

    e.  Intentionally and maliciously, with aggravation and design to cause harm, breaching the Contract;

    f.  Tortiously interfering with Eastwood's contracts and prospective business advantage of Eastwood with its potential customers.

82.    The unfair and deceptive acts and practices complained of are in and affecting commerce.

83.    Defendants' unfair and deceptive acts and practices have damaged Eastwood in an amount to be proven at trial.

84.    Defendants' unfair and deceptive acts and practices have caused Eastwood to suffer irreparable harm.

85.    On information and belief, if Defendants are not enjoined from engaging in the unfair and deceptive acts and practices complained of above, in which they have engaged continuously and repeatedly, as requested below, Defendants will continue to engage in such unfair and deceptive acts and practices and will continue to irreparably and immeasurably harm Eastwood's business and reputation.

## SEVENTH CLAIM FOR RELIEF
(Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction)

86.    The foregoing allegations are restated and incorporated by reference as if fully stated herein.

87.    Defendants have engaged in a continuous and unjustified pattern of conduct intended to harm Eastwood's business and reputation, as described above.

88.    Defendants' actions have caused Eastwood to suffer irreparable harm.

89.    On information and belief, unless Defendants are enjoined from continuing their conduct as alleged above, they will continue to escalate their behavior and will continue to cause Eastwood to suffer irreparable harm.

90.    Pursuant to Rule 65 of the North Carolina Rules of Civil Procedure, and to prevent Eastwood from suffering irreparable harm, Defendants must be temporarily, preliminarily, and permanently enjoined from:

    a. Harassing, threatening, or otherwise approaching Eastwood's customers and prospective customers;

    b. Brandishing a gun, firearm, or other weapon in connection with any act which is intended, or could reasonably be inferred, to disrupt or harm Eastwood's business;

    c. Making statements regarding Eastwood to any persons who have agreed to buy or are considering buying a home from Eastwood;

    d. Entering on any property owned by Eastwood, for any purpose, without permission;

    e. Harassing, threatening or otherwise approaching employees, vendors or contractors of Eastwood;

f.  Brandishing a gun, firearm, or other weapon while approaching employees, vendors or contractors of Eastwood;

g.  Making disparaging and/or defamatory statements regarding Eastwood;

h.  Posting videos or statements defaming Eastwood on Facebook, Tik Tok, or on any other social media site accessible via the Internet;

i.  Using Eastwood's name, or any variation of Eastwood's name, in connection with any statement which is intended, or could reasonably be inferred, to disrupt or harm Eastwood's business without written approval;

j.  Distributing or placing fliers, signs, or any other written material defaming Eastwood, or causing or directing such fliers, signs, or written material to be distributed or placed;

k.  Conducting rallys or other gatherings designed to incite Eastwood's employees, agents or customers; or to harass Eastwood's customers, agents and employees, and

l.  Engaging in any other act or practice intended to harm Eastwood's business and/or reputation.

WHEREFORE, Eastwood respectfully prays as follows:

1.    That the Court enter a temporary restraining order, preliminary injunction, and permanent injunction restraining Scott from:

a.  Harassing, threatening, or otherwise approaching Eastwood's customers and prospective customers;

b.  Brandishing a , firearm, or weapon in connection with any act which is intended, or could reasonably be inferred, to disrupt or harm Eastwood's business;

c.  Making statements regarding Eastwood to any persons who have agreed to buy or are considering buying a home from Eastwood;

d.  Entering on any property owned by Eastwood, for any purpose, without permission;

e.  Harassing, threatening or otherwise approaching employees, vendors or contractors of Eastwood;

f.  Brandishing a gun while approaching employees, vendors or contractors of Eastwood;

g.  Making disparaging and/or defamatory statements regarding Eastwood;

h.  Using Eastwood's name, or any variation of Eastwood's name, in connection with any statement which is intended, or could reasonably be inferred, to disrupt or harm Eastwood's business without written approval;

i.  Posting videos or statements defaming Eastwood on Facebook, Tik Tok, or on any other social media site accessible via the Internet;

j.  Distributing or placing fliers, signs, or any other written material defaming Eastwood, or causing or directing such fliers, signs, or written material to be distributed or placed;

   k.  Conducting rallys or other gatherings designed to incite Eastwood's

       employees, agents or customers; or to harass Eastwood's customers,

       agents and employees, and

   l.  Engaging in any other act or practice intended to harm Eastwood's

       business and/or reputation.

2.  That the Court award damages to Eastwood against Defendants in an amount in excess of $25,000.00 to be proven at trial;

3.  That the Court award punitive damages against Defendants in an amount to be determined by the trier of fact;

4.  That the Court treble Eastwood's damages pursuant to N.C. Gen. Stat. § 75-16;

5.  That the Court Eastwood its attorneys' fees as allowed by law;

6.  That the Court tax the costs of this action against Defendants; and

7.  For such other and further relief that the Court may deem just and proper.

This the 27th day of April, 2023.

James C. Adams II
N.C. State Bar No. 18063
Katarina K. Wong
N.C. State Bar No. 55040
BROOKS PIERCE MCLENDON
  HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
Tel: (336) 373-8850
Fax: (336) 378-1001

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Verified Complaint was served upon the defendant by depositing a copy thereof in the United States Mail, postage prepaid and by email addressed as follows:

> James L. Bryant, Jr.
> 5629 Siler Street
> Trinity, NC 27370
> Jlbryantjr11@gmail.com
>
> Sharon R. Bryant
> 5629 Siler Street
> Trinity, NC 27370
> srblackmon@hotmail.com

This the 27th day of April, 2023.

Katarina K. Wong

## VERIFICATION

I, JEFF CREIGHTON, depose and say that I am Vice President of Plaintiff Eastwood Construction Partners, LLC, have reviewed the allegations contained in the foregoing Verified Complaint, and that the allegations are true and correct to the best of my personal knowledge and my review of all available records. As to allegations made upon information and belief, I believe those allegations to be true and correct to the best of my personal knowledge.

This the 26ᵗʰ day of April, 2023.

_____
Jeff Creighton

State of North Carolina

County of Guilford

Subscribed and sworn to (or affirmed) before me on this 26 day of April, 2023, by **Jeff Creighton**, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me, and executed the foregoing instrument for the purposes set forth therein and in the capacity indicated.

_____
(Notary Public – Signature)

_____
Larissa Collins
(Notary Public – Printed/Typed Name)

Commission Expires: April 19, 2027

[NOTARY SEAL]

> LARISSA COLLINS
> Notary Public, North Carolina
> Guilford County
> My Commission Expires
> 4/19/2027

4866-9791-1647.v5
4892-4871-1007.v1

# EXHIBIT A

# NHS Sales Worksheet

MLS# 1071890

<u>15PV01901</u>

**Spec/TBB:** Spec
**Lot Recorded/ Not:** Recorded

Plan Number/Name: **<u>7045 Oxford/Elevation C - 2 Car Front Load Garage</u>**
Community / Lot: **<u>Cottages at Piper Village/019</u>**
Address: <u>5629 Siler Street</u>    Garage Orientation: <u>RIGHT</u>
Buyer / Co-Buyer Name: **<u>James Bryant</u>**
Does buyer have a home to sell? **<u>N/A</u>**

### Customer Contact Information

Lead Source: **<u>Realtor</u>**

Buyer Current Address: **<u>5952 Bluestem Circle</u>**
                         **<u>Greensboro, NC 27405</u>**
Buyer Phone #:**<u>478-256-8625</u>**
Buyer e-mail address: **<u>jlbryantjr11@gmail.com</u>** Co-Buyer e-mail address:
Design Center Appt. Date: **<u>N/A</u>**

### Realtor Contact Information

Realtor Name: **<u>Debra Hogg</u>**        Firm Name: **<u>EXP Realty</u>**
Phone (work):              Phone (mobile): **<u>336-407-6184</u>**
Realtor e-mail: **<u>debrahoggre@gmail.com</u>**
Expected Commission: **<u>2.0 %</u>**
Expected Bonus Amount: **<u>N/A</u>**

### Mortgage Contact Information

Mortgage Company: **<u>Movement Mortgage</u>**    Loan Coordinator: <u>N/A</u>
Loan Officer: **<u>N/A</u>**
Phone: **<u>336-823-0560</u>**      Email: **<u>N/A</u>**
Loan Type: **<u>Conventional</u>**
Closing Costs: **<u>$0</u>**

Base Price:      **<u>339,990.00</u>**
Lot Premium: **<u>2,500.00</u>**
Total Options: **<u>57,375.00</u>**
Contract Adj Amount 1:
Contract Adj Amount 2:
Final Contract Price: **<u>$399,990</u>**

Current Hot Sheet Price: **<u>399990</u>**
Incentives: **<u>N/A</u>**
Overage/Concession/NHS Bonus:

Contract Adjustment Amount 1 Reason:
Contract Adjustment Amount 2 Reason:

NHS #1:   **<u>Deborah Frazier</u>**
NHS #2: **<u>N/A</u>**
Team NHS #1: <u>N/A</u>
Team NHS #2: <u>N/A</u>
Sales Assistant: **<u>N/A</u>**
Internet Specialist: **<u>Kruse, Caity</u>**
Referral NHS #1: **<u>N/A</u>**
Referral NHS #2: **<u>N/A</u>**

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

# ACH Contract Addendum

**Community: Cottages at Piper Village**          Lot / Block: **019/01**   JUN 7 2022

**Buyer(s): James Bryant/N/A**

---

James Bryant                                    **Date:**  6/25/2022      Routing#   1000280793687
                                                                         Account#   053100465

                                                             CHECKING ACCOUNT INFORMATION ONLY

5952 Bluestem Circle, Greensboro, NC  27405

Pay to the Order of: Eastwood Homes                          $  3,999.90

In the amount of:  Three Thousand Nine Hundred-Ninety-Nine Dollars & 90/100s   Bank Name:  Truist

Memo: PV - Piper Village / 019                Signature  _J Bryt_
                                                         05B0FE0C2AA64E2...

---

Notes:  Contract Deposit

How is the name spelled on the account?  James Bryant

I agree to an ACH withdrawal from Eastwood Homes as stated above.

_J Bryt_
05B0FE0C2AA64E2...                                    6/25/2022
**Buyer Signature**                                   **Date**


_____                                  _____
**Co-Buyer Signature**                                **Date**



## YOU ARE PRE-APPROVED!

**THIS IS YOUR LOAN OFFICER PRE-APPROVAL**

*YOUR ACTUAL RATE, PAYMENT AND COSTS COULD BE HIGHER. GET AN OFFICIAL LOAN ESTIMATE BEFORE CHOOSING A LOAN.*

DATE ISSUED: June 24, 2022

**Congratulations James Bryant:**

I am thrilled to let you know that you have been issued a Pre-Approval!

Receiving this document means that your Loan Officer has reviewed the financial information you provided and made a preliminary decision that you are pre-approved to purchase your new home, based on the following terms:

### PROPOSED LOAN TERMS

**Address:** TBD, Greensboro, NC 27405

**Loan Type:** Conventional   **Loan Amount:** $388,000.00

**Purchase Price:** $400,000.00   **Expiration Date:** 8/23/2022

At Movement, we're on a mission to love and value people by leading a Movement of Change in our industry. That means guiding you and your real estate agent through your home purchase. If you have any questions or concerns, I'm here to help.

Sincerely,

**Brittni Cooke**
Loan Officer | 1510768
Brittni.Cooke@movement.com

This pre-approval is based on a recently pulled tri-merge credit report, income and asset information you provided, and a decision of Approve/Eligible from an Automated Underwriting System (AUS).
See the second page of this Loan Officer Pre-Approval Letter for important disclosures regarding the terms and conditions applicable to this transaction



*Learn more at MOVEMNT IMPACT*



*Certified A+ by the Better Business Bureau*

**Inc. 5000**

*5 time Inc. 5,000 Fastest Growing Company*

f5623p1 06/14/21 ssvrc pd:6/24/22



3818747-5623-1-2-167



| DISCLOSURES

Pre-approval is for a Mortgage Loan in the amount of $388,000.00 based on a sales price of $400,000.00.

Your Mortgage Loan Application has not been reviewed by an Underwriter and this Letter does not constitute a final Mortgage Loan Approval. A Loan Officer has reviewed certain information provided by you and is issuing this Pre-approval based upon this information. This Pre-approval is subject to the underwriting of your mortgage loan application, including a review of full income documentation, the verification of the accuracy of the information submitted, and your financial condition and your credit worthiness not materially changing after such verification and the identification of a subject property (if one has not already been identified) that meets Movement Mortgage's appraisal guidelines. Additionally, a final Mortgage Loan Approval will only be issued upon a review and approval of a complete Mortgage Loan Application, appraisal, title report, and other supporting documentation as may be required by your underwriter or Movement's underwriting guidelines.

When we receive a completed application for your mortgage loan and complete the required remaining verifications (outlined above), Movement Mortgage will set an estimated Closing Date based upon your request and an estimate of the time that it will take to process and underwrite your mortgage loan application. Please be advised that any Closing Date is an estimate and while Movement Mortgage will make reasonable efforts to meet the estimated Closing Date, events may occur that may require that your closing be delayed.

If you have any questions about this Letter or the status of your pre-approval, please call me directly at (336)442-8518. All of us here at Movement appreciate the opportunity to earn your business.

1510768 | Movement Mortgage, LLC supports Equal Housing Opportunity. NMLS ID #39179 (www.nmlsconsumeraccess.org) | 877-314-1499. Movement Mortgage, LLC is licensed by AL # 21022, AK # AK39179, AZ # 0918544, AR # 105002, "CA Department of Business Oversight under the California Residential Mortgage Lending Act" # 4131054, "CO Regulated by Division of Real Estate", CT # ML-39179, DE # 012644, District of Columbia Mortgage Dual Authority License #MLB39179, FL # MLD200 & MLD1360, GA # 23002, HI # HI-39179 & MS205, ID # MBL-8027 & RRL-9397, "Illinois Residential Mortgage Licensee" # MB.6760898, IN # 18121, IA # 2013-0023 & 88883410, "Kansas Licensed Mortgage Company" # SL.0026458, KY # MC85066, LA, ME # 39179, MD # 19094, MA Banker & Lender # MC39179, MI # FR0018717 & SR0020189, MN # MN-MO-39179, "Mississippi Dept of Banking and Consumer Finance" # 39179, MO # 16-2096, NE, NV # 3402 & 3401, Licensed by the New Hampshire Banking Department 20985-MB, "Licensed by the N.J. Department of Banking and Insurance", NM, "Licensed Mortgage Banker-NYS Banking Dept" #B500997, NC # L-142670, ND # MB102519, OH # SM.501922.000 & MB.804187.000, OK # ML002646, OR # ML-5081, PA # 34374, Rhode Island Licensed Lender, Broker and Servicer 20153194LL & 20153195LB & 20153196LS, SC # MLS-39179, SD # ML.05007, TN # 112748, TX, UT # 7773921, VT # 6862 & 39179-1, VA # MC-5112, WA # CL-39179, WV # MB-32019 & ML-32020, WI # 39179BA & 39179BR, WY # 3104. Interest rates and products are subject to change without notice and may or may not be available at the time of loan commitment or lock-in. Borrowers must qualify at closing for all benefits. "Movement Mortgage" is a registered trademark of the Movement Mortgage, LLC, a Delaware limited liability company. 8024 Calvin Hall Rd, Indian Land, SC 29707

f5623p2 05/10/18 ss pd:6/24/22

3818747-5623-2-2-167

Verify Payment

# Confirmation

## Thank You! Your payment has been made.

**JAMES BRYANT**

| | |
|---|---|
| **Payment Date** | 6/27/2022 |
| **Payment Method** | SUNTRUST *****3687 |
| **Total Payment** | $3,999.90 |

Payments confirmed before Monday, June 27, 2022 6:00 PM EST will be posted on Monday, June 27, 2022. Payments confirmed after Monday, June 27, 2022 6:00 PM EST will be posted on Tuesday, June 28, 2022.

If you have any further questions about payments to Eastwood Homes, please contact our office at 704-399-4663 .

| Job Number | Confirmation # | Amount Due | Payment Amount |
|---|---|---|---|
| 15PV01901 | 3146712010 | $3,999.90 | $3,999.90 |

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

## Non-Construction Option Request Addendum

Page 1 of 1

### PV - Piper Village

| | | | | |
|---|---|---|---|---|
| **Customer :** | James Bryant | **Sales Agent :** | Deborah Frazier |
| **Address :** | 5629 Siler Street | **Contract Date :** | 6/24/2022  3:41:35PM |
| | Trinity, NC  27370 | **Primary Phone for Contract :** | 478-256-8625 |
| **Floor Plan :** | 7045 Oxford  **Lot :** 019  **Block :** 01 | **Work Phone :** | |
| **Elevation:** | Elevation C - 2 Car Front Load Garage | **Phase :** | Phase 1 |

### No Category Selected

| Stipulation Num | Date Entered | Stipulation Text |
|---|---|---|
| 1 | 06/24/2022  12:00AM | Estimated number of Days for closing is only an estimate. Closing date will have to be issued and confirmed by construction. |

| | | | |
|---|---|---|---|
| *Deborah Frazier* | 6/25/2022 | *J—Bnt* | 6/25/2022 |
| Sales Representative | Date | Buyer | Date |
| *Amanda Brooks* | 6/27/2022 | | |
| Authorized Seller Representative | Date | Buyer | Date |

The sales representative is not an authorized officer of the Seller and cannot make a binding contract on behalf of Seller.

Printed By: Deborah Frazier                    June 25, 2022                    10:07AM

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

|  |  |
|---|---|
| Lot/Block | **019 / 01** |
| Subdivision | **Cottages at Piper Village** |

## Eastwood Homes New Home Purchase Agreement

THIS CONTRACT, made and entered into this **June 24, 2022** between Eastwood Homes (herein referred to as Seller) and **James Bryant** hereinafter called Buyer(s). This Agreement cannot be assigned or transferred without the written consent of Seller. The date of sale is the date that Buyer(s) signed this agreement.

### WITNESSETH:

That the parties hereto, in exchange for the mutual covenants herein contained, contract and agree with the other as follows:

1. **The Property**: Seller shall sell to Buyer and Buyer shall purchase from Seller all that parcel of land located in **Randolph** County, NC known as Lot **019** in **Cottages at Piper Village** Subdivision which Seller agrees to construct a house as shown on a map or plat thereof which is recorded in the Register of Deeds/Mesne Conveyances/Clerk of Court's Office, according to the Seller's  plans and specifications.  Seller covenants with Buyer that said plans and specifications meet FHA/VA/HUD requirements for a loan thereon, house to be completed according to said specifications and closed following final inspection (if applicable).  The Plan Number/Name is **7045 Oxford** Elevation **C - 2 Car Front Load Garage** and is built at street address **5629 Siler Street Trinity NC27370** together with all improvements thereon and appurtenances thereto (collectively, the "Property").

2. **Authority**: If two or more persons are named as Buyers within this Agreement herein, and after both Buyers execute this New Home Purchase Agreement, any one of them is thereafter authorized to act as agent for the other, with the right and authority to bind all persons named as Buyer, including in modifications to this Agreement and all subsequent Addendums thereto. Hence, the term 'Buyer' shall have the same meaning as 'Buyers' (plural) throughout this Agreement.

3. **Recorded Map Review:** Buyer has reviewed the recorded plat map for The Property; which shows page and plat book number **167/33**

4. **Cooperating Broker/Agent:** This New Home Purchase Agreement has __X__ has not _____ been executed with a licensed Realtor in accordance with Eastwood Homes' Cooperating Broker Policy.  All Eastwood Homes Sales Specialists ("Sales Representative(s)") are Employees of the Seller and only represent Eastwood Homes' interests.  If Buyer has a Realtor agent representing his/her/their interests in this New Home Purchase the Buyer agrees to the following: The Buyer agency form will be signed prior to the original Purchase Agreement, which will detail the cooperating Broker/Agent's name, office, license number and contact information and the Realtor Compensation Addendum will be completed to disclose all compensation to be paid Buyer's agent at closing. Eastwood Homes does not offer Buyer's agents. Furthermore, Sales Representatives, who are compensated by Seller, are required to provide Seller with important Buyer information (i.e. personal, financial or other information) that would assist Seller in the sale of the Property.

5. **Occupancy Disclosure:**

__X__ Buyer agrees that the Property is being purchased as a principal occupancy for a primary residence.  Buyer also agrees the Property is not being purchased for rental purposes and that no such indicator such as "for rent" signage may be placed upon the Property or advertised within twelve (12) months after closing. Buyer understands that Seller has entered into this agreement on the basis of this representation and this provision survives the closing.

_____ Buyer is purchasing this home as a non-owner occupied and/or investment property and Seller agrees that there will be no holding period placed on the Property.  In order to exercise this option a $ **N/A** earnest money binder must accompany this Agreement.  With investment property, Buyer is aware that Seller will only respond to warranty concerns communicated by the title owners of the home.

6. **No Other Contracts or Documents:** Seller and Buyer agree that all contracts for the purchase of an Eastwood Home must be issued by Eastwood Homes. No other contracts or documents will be accepted, unless they are issued by Eastwood Homes. All correspondence will be facilitated through your Eastwood Homes New Home Specialist (Sales Representative).

1

Seller _____ /Buyer(s) _____

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

Buyer is prohibited from recording this Agreement or similar memorandum or pleading, and any attempted recordation shall be declared, at Seller's option, a default by Buyer entitling Seller to exercise all of its remedies at law and/or equity.

7. **No Oral Commitments:** ALL statements or representations for which the Seller is to be responsible MUST be in writing within the Eastwood Homes New Home Purchase Agreement ("Purchase Agreement") or Addendum thereto, and properly executed by Buyer and Seller. *Buyer agrees that no Sales Representative or other Seller agent has the authority to make any statements which would modify, amend, change, alter, cancel or supplement this written Purchase Agreement or Addendum(s) thereto, unless statements are in writing and properly executed by Buyer and Seller.*

8. **Materials Used and Selected:** Buyer agrees that all materials used in the construction of said house upon the above-described real property, shall be chosen from the Seller's suppliers. Seller reserves the right to substitute "like kind" materials at its sole discretion. Color and other design selections, where applicable, must be completed within ten (10) calendar days of date of sale and within normal business hours. No changes can be made to color selections once signed without a $250.00 nonrefundable change order processing fee. If selections are not completed, Seller may proceed with their own color selections. No changes can be made to the house after ten (10) calendar days after date of sale.

The Parties further agree Seller makes no representation or warranty to Buyer, beyond providing a municipally issued certificate of occupancy certifying each home as acceptable for habitation by each municipality, regarding the existence, presence or absence, of any radon, formaldehyde, toxic materials, hazardous materials or any other substance within any home, water supply, or on any property which is regulated, in whole or in part, by the Occupational Safety and Health Administration or other state or federal agency.

9. **Lot Premiums and Community Development:** Some of the properties in this community have lot premiums set by Seller. Premiums are determined by a variety of factors and generally define the desirability of a particular lot when compared to other lots in the community or in a geographic area. Premiums do not necessarily indicate a lot with a better view, privacy, topography, lot size or that has any other distinguishing feature. If Buyer purchases a lot perceived as having privacy or a desirable view, Buyer is aware that the privacy or view from the desired lot today is not guaranteed and Seller makes no representations or warranties about the scope or extent of any view or privacy now or in the future. Buyer understands that existing views or privacy may be altered or impaired by future construction by Seller, by other developers, by growth of vegetation and/or trees, by fences and/or by other factors not presently known. Further, Property adjacent to or surrounding the Buyer's Property, which is not owned by Seller, is understood to not be within Seller's control. In addition, the materials, features and amenities described and depicted in the marketing and promotion materials observed by or furnished to Buyer(s) are based upon current development plans, which are subject to change without notice. No guarantee is made that features amenities and facilities depicted by renderings or other description will be provided, or if provided, will be of the same type, size or nature as described.

10. **Plans, Drawings, Renderings, Website:** Buyer understands and agrees that the size of the Property, the location of sidewalks and driveways, landscaping, drainage patterns, topography, and other similar characteristics will differ from the model home plans, sales brochures, drawings, renderings or any website which Buyer may have examined. Total square footage and/or room size(s) may vary from renderings, sales brochures, blue prints or model home plans. Purchase price may vary depending on lot selection, floor plan selection, options or other Buyer requests. Seller owns all intellectual property rights for its plans, drawings, renderings, name, logo, website and other advertising, and no license is granted or conveyed to Buyer by this Agreement for use of Seller intellectual property. All homes are available on an equal opportunity basis.

11. **Seller Paid Closing Costs, Concessions, Prepaids and Prorations:** Buyer agrees to use best efforts to procure a loan or perform a cash closing to purchase the Property within the agreed time frames and consistent with this Agreement's requirements. Seller and Lender will pay, as separate consideration for waiver of paragraph 30 warranties, up to **$0** from Seller and/or lender toward the following closing costs associated with closing a first mortgage only, *provided Buyer utilizes a Seller approved or preferred lender and Seller's designated attorney.* These approved closing costs include loan origination, underwriting and/or processing fee(s), appraisal, credit report, buy down funds and sales price concessions, flood certification, attorney's fee(s), title and recording fee(s), title binder and insurance, courier fees, survey, and state tax/stamp fees/tax impounds/Grantor/Grantee taxes.

*Buyer will pay all prepaids, FHA insurance premium, VA funding fees, private mortgage insurance and discount points, if required by the loan. Taxes are prorated as of date of closing. Buyer agrees to pay all state tax/stamp fees/Grantor/Grantee*

Seller ___ /Buyer(s) ___

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

taxes. Buyer agrees to reimburse or pay Seller for costs of the survey which is provided to Buyer at closing, and which shall enable Buyer to obtain title insurance. Seller, in its sole discretion, may approve application of closing cost assistance to Buyer identified closing costs, prepaids, HOA fees and other closing expenses. At and after closing, Buyer is responsible for Homeowners Association ("HOA") dues and capitalization fees. Such fees are paid at closing, where applicable.  Estimated HOA Dues are **$9.00** per month and the estimated Capitalization Fee is **$17.00**.  HOA operations and services are provided by a third party which Eastwood Homes does not own/operate; therefore, HOA fees may change without notice and Buyer holds Seller harmless regarding estimated HOA and Capitalization fees.

12. __Binder Payment:__  Buyer agrees to pay to the Seller the sum of **$3,999.90** as a non-refundable binder/earnest money deposit ("Binder"), and an additional non-refundable deposit of **N/A** on or before **N/A** and to be applied to the purchase price of **$399,990** of the hereinbefore described real property and the improvements constructed thereon, plus any additions for change orders as may be shown on any addendum which may be attached. Binder money will be placed in an interest-bearing escrow account and Eastwood Homes will retain all interest earned. Cash will not be accepted.

In the event Buyer has not paid the binder funds specified in this paragraph, or in any binder Addendum(s) attached hereto, within thirty (30) days from the date of sale, and/or within thirty (30) days from the date of executed binder Addendum(s) or, Buyer has not provided reasonable written evidence within thirty (30) days from contract to Seller from Buyer's lender evidencing Buyer's ability to borrow sufficient funds or proof of funds to close the sale of house and lot, that in either event, the Seller has certain rights. Seller shall have the absolute right to: 1) cancel this contract and retain earnest monies; or 2) maintain the contract in full force and effect and increase the purchase price of the house and lot one percent (1%), or 3) maintain the contract in full force and effect and increase the purchase price of the house and lot to that which Eastwood Homes is charging for a comparable house and lot on the thirtieth (30th) day after the date of sale and/or within thirty (30) days from the date of executed binder addendum, or, 4) Seller can assess late fees to Buyer of $100.00 per day, and in which case an Interest Carry Addendum will be executed and agreed anticipated Interest Carry Costs will be paid to Seller, which payment are nonrefundable and are not part of the purchase price.

*Binder, and other transaction monies paid, are nonrefundable upon Buyer, or Buyer's agent, furnishing a lender preapproval letter (or other evidence of financing acceptable to Seller) to Seller. Upon Seller's receipt of the Buyer's lender's preapproval letter Seller shall, in reliance upon Buyer's compliance with all preapproval letter or financing terms, begin or continue construction of Buyer's home and add Buyer selected options to the home as contracted for. The Seller, in addition to the binder money, shall retain the right to pursue all other remedies in law and equity for noncompliance with paragraphs 12 and 13.*

13. __Buyer's Loan Application and Approval:__  Buyer will make an application for a loan **within five (5) days.** __Buyer will take no action after the signing of the contract to not make loan application or act in any way which will impair Buyer's ability to qualify for and obtain a Conventional loan.__  Any such action shall constitute a material breach of this contract and a forfeiture of all binder monies paid. Buyer authorizes Seller a limited power of attorney to obtain continuing updates from Buyer's lender and loan officer ("lender representatives") regarding Buyer's loan application and Buyer's progress towards satisfaction of all loan conditions to enable Buyer to close by the Closing Date. Buyer expressly authorizes Seller to communicate with Buyer's lender representatives to effectuate the limited power of attorney granted without need for further authorization being provided to lender representatives. Seller agrees to convey the property described above to the Buyer upon the closing of the loan and the payment of the purchase price as described herein. Time is of the essence in this contract.  Conveyance shall be by Special Warranty Deed.  Closing shall be upon completion, which is estimated by Seller to be on or about **30 Days from Date of Contract.**

14. __Design Center/Selection Appointments:__  Buyer agrees to schedule an appointment with the Seller's Design and Selection Representative within seven (7) calendar days of date of sale.  In the event Buyer does not schedule or attend this appointment, Seller at its sole discretion may terminate this Agreement and retain any binder monies held or Seller shall select from its list of standard options.  Buyer agree he/she/they shall be required to provide additional nonrefundable deposits in accordance with the Design Center Addendum.

15. __Pre-Closing Orientation:__  The pre-closing orientation date and time will be arranged for Buyer and must take place with the Buyer and Eastwood Homes' Builder. All construction meetings and walk-through orientations must be scheduled and take place during normal business hours. Buyer agrees that under no circumstance shall construction of the home stop due to Buyer's inability to attend any construction meetings, orientations or pre-closing appointment(s).

3

Seller _[AB]_ /Buyer(s) _[JB]_ /

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

16. <u>**Access to Property Before Closing:**</u> Buyer shall be provided access to the property only with prior reasonable notice to their New Home Sales Specialist or Builder and only when accompanied by an authorized representative of Eastwood Homes. Buyer otherwise is prohibited access of any type prior to closing. Buyer realizes and acknowledges that entry upon the Property prior to closing can be dangerous and that hazards may exist which are not observable; Buyer waives any and all claims against Seller for injury or loss to person or property and Buyer shall hold harmless and indemnify Seller from and against injury, loss, damage or expense to any person or to any Property arising out of any entry on the property prior to closing. Buyer may not perform or contract any work to be performed on the property for any reason until after closing. Only the Seller is authorized to alter, change, or construct on the Property until the closing occurs.

17. <u>**Date and Conditions of Closing:**</u> Upon completion by the Seller as required by this contract, the Buyer will close the purchase. **Any other closing dates in this contract are for the purpose of estimated dates only.** Failure by the Buyer to close the purchase shall constitute a default under the terms of this Agreement and shall result in the Seller declaring the Buyer in default and authorizes Seller to exercise all remedies available at law or equity.

**Closing dates and times will be established by the Eastwood Homes Closing Coordinator.** Seller will provide advance notice of the closing date to Buyer, however, once a time and date have been set Seller will not be able to make any changes. In the event the closing date is missed due to inability to obtain financing or otherwise on the Buyer's behalf, Seller shall have the absolute right to avail itself of paragraph 12 rights regarding cancellation, purchase price increases, or late fees

Closing will occur at the following approved attorney's office: **Craige Jenkins Liipfert & Walker LLP 500 Pineview Drive, Suite 203 Kernersville, NC 27284**

Electric, gas and water utilities ("utilities") will be set by Eastwood Homes. Buyer shall have utility services transferred to his/her/their name no later than the day after closing. Eastwood assumes no responsibility for interrupted service if the agreed transfer does not occur as agreed.

The proration of property taxes will be based on the actual taxes from the previous year on the above referenced property and will usually be provided by the governing municipal entity. The parties acknowledge that the prior year tax rolls may include the property within a larger tract of land, in which case the individual lot value must be prorated from the tax value applicable to the larger tract. The Closing Attorney and Buyer's Lender ("Closing Staff"), pursuant to lending regulations, are required to obtain tax information at least a week in advance of closing. Accordingly, the undersigned hereby agree that the prorations of taxes on the Closing Disclosure and/or settlement statement are final, even in the rare instance where a governing municipal entity provides incorrect tax proration information or provides for reassessment, revaluation, or makes tax changes which were not available to Closing Staff at the time of closing and even where Closing Staff could have used a different methodology to prorate taxes. Buyer understands that certain municipal entities require an application be completed to receive reduced tax treatment for newly purchased property. Failure to apply for reduced tax treatment after closing may increase escrows and taxes due. Buyer further understands that certain municipalities require an application to be submitted by Buyer to obtain a more favorable tax treatment for the property from the municipality. Please inquire with Closing Staff regarding the application process that applies for your property.

At closing Buyer will receive a survey. If that survey demonstrates the community developer or Seller previously installed a fence, retaining wall or other fixture which adjoins or extends from any adjacent property onto Buyer(s) property, Buyer(s) understand and agree that Buyer(s) may have a shared responsibility to maintain, care for, and share in any cost of future replacement. Accordingly, any questions regarding the contents of the survey should be addressed to the Closing Attorney.

18. <u>**Seller's Right to Cure:**</u> Buyer agrees to provide Seller with five (5) business days' notice, in writing and prior to the established closing date, of any alleged defects or perceived violation by Seller of this Agreement. Seller shall have ten (10) calendar days to cure the perceived defect or violation prior to closing, and Buyer agrees the closing date will accordingly be adjusted in the sole discretion of Seller. If Buyer fails to abide by this section Seller shall have the right to exercise all remedies as detailed in paragraph 17.

19. <u>**Closing Attorney:**</u> The closing will be at the office of the Seller approved closing attorney(s). If the Buyer desires to

Seller [_llB_] /Buyer(s) [_JB_]

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

employ an attorney to represent his/her interests, he/she may do so at his/her own expense.  However, in all instances, the closing will occur at the office of Seller's attorney.

20. **Termite Treatment Certification:** Seller agrees to furnish proof to Buyer by letter from a licensed pest control firm that the foundation/house has been treated for termites and other wood destroying organisms.

21. **Affiliated Business Disclosure:** Buyer acknowledges receipt of a copy of a Notice required by the Federal Real Estate Settlement Procedures Act and Regulation X (RESPA Notice) disclosing Eastwood Homes' interest in a title insurance agency, Cardinal Title Center, LLC and the existence of a preferred lender relationship (only applicable for federally-backed mortgage loans requiring a Settlement Statement or Closing Disclosure).

22. **Affiliated Business Election:**  Buyer understands and requests the following (check all applicable):

☒ Buyer requests that title insurance business be referred to Cardinal Title Center, LLC,and/ or Investors Title and the closing attorney be notified accordingly. Buyer requests title insurance reissue credit at closing. Buyer understands that Buyer can contact Cardinal Title Center, LLC at 1-866-772-2297 or Investors Title at 770-781-3000 to obtain or provide additional information concerning title insurance.  Buyer further understands that the Lender, if any, requires mortgage loan title insurance and the Lender's policy does not provide Owner's coverage to protect Buyer's equity.  Buyer requests Owner's coverage for the purchase price amount.

☐ Buyer requests my title insurance business be referred to  N/A _____ Please instruct the closing attorney accordingly.

☐ Buyer requests that the lending business to be referred to Seller's approved or preferred lender(s) and that the closing attorney be notified accordingly.   Information regarding Seller's preferred lender(s) is/are available from a Sales Representative.

23. **Documents Expressly Made Part of Contract:** Buyer acknowledges receipt of certain documents, either at or after date of sale, which are properly executed by the Seller and Buyer, which include, but are not limited to, detailing standard specifications, riders, contingencies, and other addendums ("documents"); all of which may be added during construction, and contain other contractual obligations which are incorporated herein by reference and are expressly made a part of this contract.

24. **Entire Agreement of Buyer and Seller:** The parties acknowledge and agree this contract and any properly executed documents attached hereto or attached at a later date, shall represent the entire agreement with respect to its contents and that all prior agreements and correspondence between the parties are totally superseded by the contents hereof, nor may the contents of any prior draft or agreement or other correspondence be used to interpret the intention of the parties with respect to the terms and conditions herein contained.  This contract can only be modified in writing, signed and dated by both Buyer and authorized agent of Seller.

25. **Buyer in Default; Seller Remedies:** Buyer(s) shall be in default if Buyer(s) fail to make full and timely settlement under the terms and conditions set out in this contract.  In the event of default the binder money may be retained by the Seller as liquidated damages and not as a penalty, in which event Buyer and Seller shall be relieved from further liability under this contract.  In the alternative, and in Seller's sole discretion, Seller may retain the binder as payment of damages and pursue such other and further legal and/or equitable remedies the Seller may have by reason of the Buyer's breach or default.  In the event of a breach of this Agreement by Seller, Buyer may recover the deposit, however, in no event will Seller be liable for consequential damages or for damages or delays and Buyer hereby releases and waives any claims for such damages.

Buyer acknowledges and agrees that Seller will utilize Seller's standard construction and contract administration processes and procedures in constructing the property and in otherwise performing this New Home Purchase Agreement, including Seller providing notices by email to Buyer. ***The Seller's process may include completion of a prequalification form with a Seller approved lender which Seller will evaluate to confirm Buyer(s) ability to close on the Property*** Buyer(s) agree that he/she/they shall be in default of this Agreement if Buyer engages in specific acts or a course of dealing which materially disrupts Seller's standard and customary construction and contract administration processes and procedures,

5

Seller [ *RB* ] /Buyer(s) [ *JB* ]

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

which includes the Buyer, without limitation: failing to make choices or take other actions required of Buyer within indicated time frames; refusing to work with designated Seller representatives to accomplish certain aspects of the Agreement, interfering with Seller and Seller's agents performance of the Agreement, engaging in an abusive, harassing, threatening or in an otherwise offensive manner towards Seller and/or Seller's agents, unreasonably withholding acceptance or approval of work which complies with plans and specifications, or any other acts which have the affect of delaying construction, increasing Seller's cost of performance or otherwise unreasonably impeding Seller's performance.

26. <u>Seller Option to Cancel Prior to Closing:</u>  If for any reason, a bona fide dispute should arise between the Buyer and Seller, in Seller's sole judgment, <u>prior to Closing</u>, and if such bona fide dispute cannot be resolved to their mutual satisfaction then Seller at its sole option may terminate this Agreement by written notice to the Buyer prior to Closing.  If Seller terminates this Agreement, Seller shall return to Buyer all deposits, whether refundable or not, and pay the Buyer an additional amount of $100.00, as liquidated damages in the event the Seller cancellation constitutes a default under this agreement.  Buyer agrees that such sum is a fair determination of Buyer's damages in the event such cancellation constitutes a default by the Seller hereunder, being that actual damages are difficult to assess.  Buyer shall have no other rights or remedies should the Seller exercise such right of cancellation prior to closing.

27. <u>Notice of Warranty Requests; Dispute Resolution Where Seller Does Not Cancel Prior to Closing; Social Media; Marketing Authorization:</u>  Eastwood Homes reputation for excellence has been hard-earned over decades of quality homebuilding and includes providing every homeowner a home warranty and a reliable home warranty process. With the advent of social media home warranty claims are sometimes made outside the Eastwood Homes warranty process, which complicates Seller's ability to provide follow-up service. Accordingly, any warranty claim or dispute between the parties remains confidential and is hereafter not subject to disclosure other than between the parties. Buyers (and Buyer's agents) therefore agree they shall not make or encourage others to make any public statement, through any medium (including Facebook, Yelp, Twitter, or other social media sites whether existing at the time of contract or not) that is intended to, or reasonably could be foreseen to, be false, misleading, libelous or defamatory or be an unauthorized use of Eastwood Homes intellectual property, seek a non-contracted for benefit or otherwise be designed to falsely embarrass, criticize, malign, harass or be otherwise obscene, vulgar or inappropriate regarding Eastwood Homes or its employees. Eastwood Homes has specifically negotiated this provision and has further developed rules of use for various social mediums and its website designed to encourage constructive feedback by its valued customers. To effectuate this section, Seller is hereby authorized by Buyer, and Buyer hereby grants to Seller, an irrevocable limited power of attorney which survives closing which authorizes Seller to remove, or require removal, of content posted in violation of this section from any source, provider, ISP, or social media or website. Further, many states request or require parties to take preliminary steps before any claim or controversy proceeds. Towards that end, if any disputes, including within the first year of your warranty, arise prior to, during, or after closing, initial dispute inquiries should be initially directed to the following areas, according to the agreed process:

<u>Step 1</u>: For construction and warranty issues Buyer agrees to contact the local Division office *in writing* and identify the construction/warranty issue so the matter can be reviewed by Seller, see www.eastwoodhomes.com; and

 <u>Step 2</u>: For any further matters in which Buyer is unsatisfied, Buyer agrees to contact the Eastwood Corporate Office at (704) 399-4663 and request to speak with the claims administration representative prior to taking any action or making any claim.

Buyer hereby grant to Eastwood Homes or its authorized agents irrevocable authority to utilize our name(s), photograph, likeness, voice, biographical and personal background information, statements or related Buyer-related marketing materials in any medium or embodiment now known or hereafter developed as Eastwood Homes may deem appropriate from time to time, all without additional compensation or notice to me.

28. <u>Risk of Loss:</u>  If Between the date of this Agreement and the Closing, the house is damaged by fire, natural disaster or other causality, the risk of loss to the home is assumed by the Seller, but without any obligation to repair or replace the same, except if the Seller elects to repair or replace the improvements.  If Seller so elects to repair or replace the improvements, this Agreement shall remain in full force and effect and Seller shall be given a reasonable amount of time within to complete such repairs and replacements.  If Seller elects not to repair or replace such improvements, Seller shall give written notice to the Buyer and this agreement shall be deemed canceled and Seller shall refund all deposits.

29. <u>Home and Consumer Product Warranties:</u> Prior to Buyer's closing, Buyer agrees he/she/they has/have been given

6

Seller _____ /Buyer(s) _____

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

and has/have read the Eastwood Homes Warranty Program's new home warranty booklet ("Home Warranty") that governs Buyer's rights regarding warranty coverage. Seller and Buyer agree to be bound by all of the terms, conditions and exclusions of the Home Warranty. Buyer understands the Home Warranty is not an insurance policy and Buyer waives for him/herself, and/ or on behalf of anyone acquiring rights through Buyer, all subrogation or other rights for claims for repair or loss against Seller. The Home Warranty automatically transfers to the subsequent owner of the home; however such transfer does not extend any warranty coverage period.

Consumer products are excluded from coverage under the Home Warranty and pursuant to the Magnuson-Moss Warranty Act (15 USC § 2301, et seq.) Buyer is hereby assigned by Seller, effective after closing, all rights in any consumer product warranties of any consumer products installed in or upon Buyer's property. Seller shall not be liable for any damage to a consumer product or for any damage caused by a consumer project installed in or upon the property. If the consumer product malfunctions/is defective, Buyer will follow the procedures in the applicable manufacturer's warranty documents.

30. **Waiver of Other Warranties:**  TO THE FULLEST EXTENT PERMITTED BY LAW ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PROPERTY, INCLUDING BUT NOT LIMITED TO STATUTORY AND IMPLIED WARRANTIES SUCH AS WARRANTIES OF QUALITY OR FITNESS FOR USE OR PARTICULAR PURPOSE, HABITABILITY, WARRANTIES OF CONSTRUCTION IN A GOOD AND WORKMANLIKE MANNER, AND ALL OTHERS, WITHOUT LIMITATION, ARE HEREBY DISCLAIMED BY SELLER AND WAIVED BY BUYER.  IN EXCHANGE FOR THIS AGREEMENT BUYER HAS RECEIVED THE SEPARATE CONSIDERATION IN PARAGRAPH 11.

31. **Privacy Policy and Sharing of Consumer Information.** Eastwood Homes does not collect or retain social security numbers. All other communications or materials you provide to us, whether received online, electronically, in person or otherwise collected by or submitted to us, including any data, questions, comments, suggestions or the like, is, and will be treated as, non-confidential and non-proprietary. Anything you submit, transmit or post becomes the property of Eastwood Homes ("Eastwood") and may be used for any purpose, including, but not limited to, reproduction, disclosure, transmission, publication, market research, development of prospect lists, project planning, broadcast, posting and marketing, among other things, as permitted by law. We may disclose nonpublic personal information detailed above about you (either as an existing or former customer) to financial service providers affiliated with Eastwood, such as mortgage bankers and insurance agents, retailers and direct marketers, pest control companies, multiple listing service and as part of the closing process. We may also disclose nonpublic personal information about you to nonaffiliated third parties only as required by law (i.e. to process transactions, maintain accounts, respond to court orders and legal investigations, or report to credit bureaus, if applicable). After closing Eastwood will not share nonpublic information with nonaffiliates except as required by a legal authority, state or federal agency, or by subpoena or other Court order.

32. **Special Provisions (including listing of all Addendums):**

Specifications
RESPA
Option Addendum

33. **Purchase Price and/or Materials Adjustment.** It is customary in contracts for construction that change orders occur when the supply, availability, or price escalation of building materials or labor materially changes during the course of construction. The Parties therefore agree that should the supply of certain building materials, price escalation or availability of materials or labor to install such materials vary materially from the date the property was first contracted, as determined in the sole judgment of Seller, then Seller shall be authorized to request a purchase price and/or materials substitution amendment, which Buyer shall promptly execute. Should Buyer not agree to such purchase price and/or materials substitution amendment, there shall exist a bona fide dispute between the parties.

Seller ___AB___ /Buyer(s) ___JB___

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

**EXECUTION**

By signing below, Buyer and Seller agree to be bound by all of the provisions of the Purchase Agreement. This Purchase Agreement shall not become binding upon Seller unless and until it is signed by the Division President, Vice President of Sales, Sales Manager, or other authorized Officer of Seller. Acceptance and deposit of a check prior to this Purchase Agreement being binding on Seller shall be done solely for the security of such payment. If this Purchase Agreement is not signed within ten (10) business days from the date on page one (1), then Seller can refund any payments made by the Buyer without interest and neither Seller nor Buyer shall have any liability hereunder.

Eastwood Construction Partners, LLC /f/k/a Eastwood Construction, LLC d/b/a Eastwood Homes or Eastwood Homes of Raleigh, LLC or Eastwood Homes of Richmond, LLC or Eastwood Homes of Georgia, LLC & Eastwood Homes of Columbia, LLC or their Affiliates d/b/a Eastwood Homes.

| | |
|---|---|
| _DocuSigned by:_ | 6/25/2022 |
| Buyer | Date |
| | |
| Buyer | Date |
| _DocuSigned by:_ Deborah Frazier | 6/25/2022 |
| New Home Specialist | Date |
| _DocuSigned by:_ Amanda Brooks | 6/27/2022 |
| Corporate Officer | Date |

(Valid only when executed by Officer of Corporation)

Rev. 4.17.2020

Seller _AB_ /Buyer(s) _JB_ /

Lot/Block: 019 / 01

Subdivision: Cottages at Piper Village

## Oil And Gas Rights Disclosure for Eastwood Homes New Home Purchase Agreement

Oil and gas rights can be severed from the title to real property by conveyance (deed) of the oil and gas rights from the owner or by reservation of the oil and gas rights by the owner. If oil and gas rights are or will be severed from the property, the owner of those rights may have the perpetual right to drill, mine, explore, and remove any of the subsurface oil or gas resources on or from the property either directly from the surface of the property or from a nearby location. With regard to the severance of oil and gas rights, Seller makes the following disclosures:

Eastwood Homes, as Seller, does not, as a Corporate Practice, sever oil and gas rights or retain oil and gas (or other subsurface, mineral or subsistence rights) at any point in the contracting process or at transfer of title.

Except as set forth in this Oil and Gas Rights Disclosure, all terms and provisions of the original Eastwood Homes New Home Purchase Agreement shall continue in full force and effect.

Buyer _____                     Buyer _____

Company Officer ___Amanda Brooks_____

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

# Appraisal Notice and Addendum

Community:**Cottages at Piper Village** Lot/Block: **019**

Customer Name: **James Bryant**

Date: **June 24, 2022**

## Background on Appraisals

The value given your home by a home appraisal has changed in recent years due to governmental regulations. These regulations have changed how the home appraisal process works and what can be counted as "value" in your new home appraisal. An appraisers opinion of "Value" is very important because the "Value" provided by the appraiser must meet or exceed the contract purchase price of your new home, to include any options, upgrades or additions, in order for you to receive financing and close. An appraiser is independent and is likely unfamiliar with the home style and community you are purchasing in. If the appraiser is familiar with your community your appraisal should be an easy process; however, if the appraiser is unfamiliar with your community, your home style, or the right "Value" to attach to your options, upgrades and additions, the appraiser may not "value" your home correctly.

For example, Eastwood Homes has observed "comparable" homes that some appraisers choose can create variances in an appraiser's opinion of "Value." Most variances are due to an appraiser not using a correct value for new construction "options," "upgrades," and "additions." Additionally, appraisers do not assign any value to appliances such as refrigerators, washer and dryers, and blinds. Therefore, this disclosure is intended to assist Buyer(s) on how to manage appraisal "Value" during the purchase of your new home. Eastwood Homes has helpful tips, pointers and advice we will share with you throughout the home buying process. Our focus is using our experience to make your home purchase as free of surprises as possible.

## Our Appraisal Process is Designed to Help

During the process of selecting your Eastwood Home we will informally evaluate the options, upgrades and additions you select in an effort to determine if there is a potential for any appraisal "Value" issues. If the potential exists we will discuss this with you and propose any combination of the four (4) options as follows:

1.  At contract and options selections stage Eastwood Homes will identify, in its sole discretion, if options, upgrades or additions made are in excess of what similar houses recently sold have included, and if your home selections are in excess of what similar houses have included you agree to pay the cost, as an option deposit, for all options which are identified as in excess of what similar homes have included.
2.  Continue with the existing selections you have made and, if the appraisal is lower than the sales price, you agree to pay the difference up to the exact amount quoted. Eastwood Homes will not require you to pay any variance beyond the potential shortfall quoted in writing.
3.  Delete some specific luxury "LIKE" use options or upgrades that are listed above to meet the quoted exact amount of potential variance and continue with your remaining selections.
4.  Prior to placing your home on "start," cancel your contract and receive a full refund of binder funds.

## Your Agreement to Work With Us Regarding Appraisals

Buyer(s) acknowledge receipt of the Appraisal Notice and Addendum and agree to cooperate with Eastwood Homes in navigating the Appraisal Process. Buyer(s) agree to collaborate with Eastwood Homes in identifying and completing option(s) designed to increase appraisal values as described within this Disclosure, to include having any lender perform a plans and specifications appraisal. Further, and most importantly, if Eastwood Homes believes the appraisal value will be below the contracted sales price, Buyer(s) agrees to provide an additional nonrefundable option deposit equal to the difference between the sales price and the Eastwood Homes estimated appraised value or Buyer(s) agree to a reduction in closing cost assistance to account for the difference in appraised value - and close as scheduled by Eastwood Homes. On the basis of Buyer(s) promise, upon which Eastwood Homes relies, Eastwood Homes agrees to continue with the construction of Buyer(s) home. Any reappraisal shall be be at Buyer(s) sole financial responsibility. This Agreement in no way modifies the contracted purchase price or otherwise amends any other provision of the Eastwood Homes New Home Purchase Agreement.

Buyer Signature: _____ Date: _6/25/2022_

95B0FE0C2AA84E2...

Co-Buyer Signature: _____ Date: _____

NHS Signature: _____ Date: _6/25/2022_

F825DCC79CA84E2...

5/2013

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

Executive Officer:    DocuSigned by: *Amanda Brooks*
1FA7030781104 1C...

Date:    6/27/2022

5/2013

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

### AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE
### PURSUANT TO THE FEDERAL REAL ESTATE SETTLEMENT
### PROCEDURES ACT AND REGULATION X

<u>RESPA Notice</u>

This is to give you notice that Eastwood Construction Partners, LLC f/k/a Eastwood Construction, LLC d/b/a Eastwood Homes and affiliates, Eastwood Homes of Raleigh, LLC, and Eastwood Homes of Columbia, LLC have an affiliated business relationship with Cardinal Title Center, LLC, a Title Insurance agency ('title insurer' or 'CTC') in which it owns a 22.22% ownership interest. Investors Title Insurance Company, which is the title insurance underwriter for CTC, has a 32.27% ownership interest in CTC. CTC is managed by Investors Title Management Services (ITMS), which is affiliated with ITIC through common ownership. For more information about these companies, please visit the agency website at www.cardinaltitlecenter.com. Because of these relationships, this referral may provide Owner, ITIC and/or ITMS a financial or other benefit. Additionally, Eastwood has preferred or approved lender relationships with certain mortgage brokers and/or lenders ("Approved Lenders") in each of its markets, which may entitle Eastwood Homes and/or borrower to receive a lender credit or closing credit at your closing. Likewise, Eastwood has an affiliated business arrangement with Glick & Alfred Insurance, LLC ("Insurance Broker") to facilitate Eastwood's customers to obtain insurance for closing. Because of the relationships, referrals may provide a financial or other benefit to Eastwood Homes.

Further, and by example, Eastwood may agree to provide certain closing cost assistance in the New Home Purchase Agreement, and in doing so Eastwood Homes may utilize, in its sole discretion, any lender credits or lender closing cost assistance to fulfill the amount of closing costs assistance identified. Further details regarding Approved Lenders, including contact information and similar information, is provided at contracting, and by signing below Purchaser(s) acknowledge receipt of the identity of Approved Lenders, as well as this RESPA Notice and all disclosures contained herein.

You are NOT required to use CTC, an Approved or Preferred Lender or Insurance Brokeras a condition for settlement of your loan on the subject property. Further, the choice of a broker or lender or Insurance Broker not affiliated with the Seller will not affect any other concessions or discounts separately offered to the borrower for the purchase of the home, other than the incentive offered to borrower for the use of an Approved or Preferred Lender. All Seller discounts which condition the use of an Approved Lender are associated with bona fide discount points and/or closing costs associated with your loan, and will not affect other concessions or discounts offered as authorized under federal or state loan programs. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE, LENDERS, INSURANCE BROKERS AND/OR OTHER PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND BEST RATE FOR SERVICES.

Eastwood Home's intent is that buyers receive efficient service and competitive pricing for title insurance, homeowner's insurance, and lender backed loans. This includes providing economies of service through using a centralized title insurance company and/or lender(s) as well as providing title insurance reissue credit (a form of discount on title insurance charges) to buyers so their closings costs are minimized. Affiliated business relationships can provide appreciable value to consumers and help streamline purchasing a home.

<u>Estimate of Title Insurance Charges – NORTH CAROLINA</u>

| Amount of Insurance | Estimated Charges* |
|---|---|
| Up to $250,000 | Up to $547 |
| $250,000 - $500,000 | $547 - $1024 |
| $500,000 - $750,000 | $1024 - $1,337 |
| $750,000 - $1,000,000 | $1,337 - $1,649 |

<u>Estimate of Title Insurance Charges – SOUTH CAROLINA</u>

Rev. 3.11.2020

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

| Amount of Insurance | Estimated Charges* |
|---|---|
| Up to $250,000 | Up to $745 |
| $250,000 - $500,000 | $745 - $1,270 |
| $500,000 - $750,000 | $1,270 - $1,720 |
| $750,000 - $1,000,000 | $1,720 - $2,170 |

*Additional charges may apply for the simultaneous issuance of an Owner's And Lender's Policy and/or issuance of certain endorsements.*

## ACKNOWLEDGEMENT

I/we have read this disclosure form. I/we understand that Eastwood Homes is referring me/us to Approved or Preferred Lenders, Insurance Broker, and/or Cardinal Title Center, LLC and that Eastwood Homes has disclosed they may receive a financial or other benefit as a result of this referral, or may utilize financial benefits received to fulfill New Home Purchase Agreement terms and conditions.

DocuSigned by:

_____
95B0FE0C2AA64E2...
Buyer

6/25/2022
_____
Date

_____
Buyer

_____
Date

Rev. 3.11.2020

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

# Realtor Compensation Disclosure Addendum

Contract Date:          June 24, 2022

Buyer Name:             James Bryant

Co-Buyer Name:          N/A

Community:              Cottages at Piper Village

Lot / Block:            019

Realtor Name:           Debra Hogg
Realtor License #:      303989
Realtor e-mail:         debrahoggre@gmail.com

Brokerage Name:         EXP Realty
Brokerage Address:      615 St. George Sq. Ct, Suite 300 Winston Salem, NC
27103

---

Debra Hogg of EXP Realty is receiving a commission of **2.0 %** of the purchase price with an additional bonus of $ **N/A** upon closing of the above mentioned property. Of this amount _____N/A_____ shall be applied on the Buyer(s) behalf on the closing disclosure as requested by realtor or lender and as approved by Seller, in which case, Broker-In-Charge Authorization is endorsed by signature below.

It is further understood by all parties that the above commission is the total amount that will be paid and represented on the final settlement statement. No portion of the commission or bonus, other than identified above, will be applied on the closing disclosure and there are no other transactions regarding disbursement of these monies for the purchase of this property.

Bonuses are set forth contingent upon the home closing as scheduled. All completed homes must close within 30 days of contract for the bonus to be paid.

This agreement represents the total commission and/or other consideration payable to the undersigned and supersedes any prior written and/or oral agreements, published promotions, MLS and printed marketing pieces in distribution.

| | |
|---|---|
| _signature_ | |
| Buyer Signature | Co-Buyer Signature |
| _Deborah Frazier_ | _Debra Hogg_ |
| NHS Signature | Realtor Signature |
| _Amanda Brooks_ | |
| Executive Officer | Broker-In-Charge (If required) |

02/18

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

(Binding when signed by all parties)

DocuSign Envelope ID: 2491FCD2-4CE3-4427-8201-24DF634B8EE6

15PV01901

## Appliance Offering Addendum

Date: _____June 24, 2022_____.

Lot/Block: .019 / 01

Community: .Cottages at Piper Village

Address: .5629 Siler Street_____.

The Buyer/Buyers acknowledge that any and all appliances selected may not be installed until the day of closing for the specified property. Delivery days are Monday through Friday for all communities.

If the Buyer/Buyers elect to purchase a gas rough-in for a range or dryer without purchasing the accompanying appliance through Eastwood, it is understood by both parties that the Buyer/Buyers will be responsible to hire an HVAC company to install their appliance and reconnect the gas lines in the attic per the Governmental Inspections Department requirements. The Buyer/Buyers will be responsible for any permits, inspections and costs incurred as a result.

Buyer: _____  Date: 6/25/2022

Buyer: _____  Date: _____

Executive Officer: _Amanda Brooks_  Date: 6/27/2022

# EXHIBIT B

## Katie Wong

| | |
|---|---|
| **From:** | James Bryant <jlbryantjr11@gmail.com> |
| **Sent:** | Monday, April 24, 2023 9:23 AM |
| **To:** | Trent Adams |
| **Cc:** | Allen Nason; James C. Adams, II; acarmen@belldavispitt.com |
| **Subject:** | Re: No Trespass Notice |

[EXTERNAL]

Trent,

You are a corporation. This is a legal matter. Your company illegally collecting HOA fees might land your ass in prison! We are about to file a complaint with the District Attorney.

I told you and Nason to leave me the fuck alone. Have your attorney contact me and I will forward the information. Maybe the black son you told me you had can bring you cigarettes when you locked up.

James Bryant

On Mon, Apr 24, 2023, 9:14 AM Trent Adams <tadams@taproperties.net> wrote:
James,
Please send your attorneys contact information for my attorneys to have discussion with your attorney.
Trent C. Adamd

Sent from my iPhone


On Apr 24, 2023, at 9:05 AM, Allen Nason <anason@eastwoodhomes.com> wrote:


Please send me the contact details for the attorney. They would not be accurate in their guidance. I want to have Declarant's counsel have that discussion, since my client is not the Declarant. Thank you.

Allen Nason
General Counsel
Get Outlook for iOS

**From:** James Bryant <jlbryantjr11@gmail.com>
**Sent:** Monday, April 24, 2023 9:01:32 AM
**To:** Allen Nason <anason@eastwoodhomes.com>
**Cc:** Trent Adams <tadams@taproperties.net>; jadams@brookspierce.com
<jadams@brookspierce.com>; acarmen@belldavispitt.com <acarmen@belldavispitt.com>
**Subject:** Re: No Trespass Notice

Dear Mr. Nason,

We have received legal advice. Our counsel has informed us that the HOA formed by Trent Adams Properties is illegal and unenforceable. Therefore, our protest signs are perfectly legal. Furthermore, we will have protest rallies against Eastwood Homes and developer Trent Adams Properties to bring additional awareness to deplorable housing and neighborhood conditions.

Your bullying tactics against me, like the cease and desist letters, are not working. I am obviously not afraid. Here is my warning to you, Eastwood Homes, Trent Adam's Properties, and any other group of thugs who think they can enfringe upon my free speech rights... Class Action Lawsuit!

We have already consulted with the law firm in South Carolina who filed the class action vs Eastwood concerning the roofs. This is your final warning to cease and desist from contacting me again before I serve Mr. Stewart and Eastwood with a lawsuit and file a complaint for harassment to state bar of North Carolina. You might want to seek legal advice concerning this email.

James Bryant

On Fri, Apr 21, 2023, 10:51 AM Allen Nason <anason@eastwoodhomes.com> wrote:

Mr. Bryant, good morning. It has come to my attention you have placed signage in your yard which contains my client's company's name (Eastwood). That sign must be removed immediately. You have been advised you are to follow the Eastwood Homes contract (as I set forth below in the prior cease and desist) and that contract does not authorize you to use my Client's name, which is intellectually property protected. I am asking a management representative to confirm you have removed such signage by 1 p.m. today.

Mr. Bryant, as a courtesy notice to you, I have also requested the Declarant utilize legal counsel to address the various actions you are attempting to stir up within the community. The level and number of complaints my client is receiving from other Eastwood customers regarding your and others (affiliated with you) actions is deafening. Almost universally your neighbors are not with you and believe your actions are unnecessarily harming the community (and a few of your neighbors have stated you are unhinged and have personal safety concerns consistent with the cease and desist I provided you on February 9, 2023).

Additionally, from what governmental staff have observed and shared, your small group is not educated on HOA and development matters, and your group is broadcasting false and misleading information. You have been advised of this  which was video recorded. I am sharing this with you because it appears you believe you and others are insulated, or somehow justified, in using my client's company name and spreading misleading and false information. You are not so protected and you should seek advice of counsel should you believe there can be no repercussions for these actions.

Moreover, to the extent anyone's actions adversely affect my client's customers and interfere with my client's business, those parties will be held responsible. Realtors with prospective

2

Buyers have commented on the signs and every lost sale caused by anyone's unauthorized actions is being compiled as an item of damage.  Anyone has the right to express opinions, but the declaration controls the ways in which that is to occur. My client is not the Declarant but they do expect the Declarant to take appropriate action to ensure the community rules and requirements are adhered to, and we understand the Declarant provided a notice yesterday which required all signage to be removed. Pictures of signage which is not removed is being shared by your neighbors throughout the neighborhood in support of ensuring accountability for those who refuse to adhere to the declaration of covenants. Your neighbors are not willing to tolerate you and your group's flagrant disregard for the rules and for spreading false information, and since those neighbors are my client's customers we are requesting you and your small group immediately terminate its illegal actions.

Should you seek advice of counsel, please take this email to them and share with them that this was provided as notice to you. They will understand what that means and will advise you accordingly.

Allen M. Nason, Esq.

General Counsel, Licensed in NC, SC and VA

Eastwood Homes and Fortress Homes, and Affiliates

2857 Westport Road

Charlotte, NC 28208

Phone: (704) 399-4663

Facsimile: (704) 399-1127

www.eastwoodhomes.com

If this email is received in error please delete and notify sender. Thank you.

**From:** Allen Nason
**Sent:** Thursday, February 9, 2023 5:25 PM

**To:** 'jlbryantjr11@gmail.com' <jlbryantjr11@gmail.com>
**Subject:** No Trespass Notice
**Importance:** High

Dear Mr. Bryant, good evening. As legal counsel for Eastwood Homes, I received a report from our human resources department earlier today that you recently entered onto the Eastwood Homes model home property at the Cottages at Piper Village and confronted an Eastwood Homes new home sales employee about non-sales matters. The matters you raised mainly regarded certain homeowner's association matters which are not within the control of Eastwood Homes, let alone a sales agent (whose function is purely the sale of new homes). Our Eastwood Homes employee was uncomfortable with your presence and I, in turn, am issuing this no Trespass Notice to you. From this date forward you are not authorized to enter onto any Eastwood Homes property or approach any Eastwood Homes employee within the Cottages at Piper Village, absent my written approval. This blanket prohibition includes entering on any Eastwood Homes property for any sales or other event. Failure to abide by this Notice will result in a protective or other Court Order being sworn out against you.

For Homeowner's Association matters, please contact the Homeowner's Association management company ONLY.

For Eastwood Homes warranty matters please follow the guidance within your sales contract for filing warranty claims online, and provide pictures of any issues where you request warranty assistance. An Eastwood Homes warranty representative will contact you and coordinate review of your warranty concerns. To the extent a warranty manager makes arrangements to an in person site observation, whatever parameters they establish will govern what personal contacts, if any, you will be permitted to have.

For any other matters not covered herein you may contact the undersigned, and only myself.

Please acknowledge receipt of this correspondence. It is my hope this matter is handled by this Notice, and without need for further action on my part.

Allen M. Nason, Esq.

General Counsel, Licensed in NC, SC and VA

Eastwood Homes and Fortress Homes, and Affiliates

2857 Westport Road

Charlotte, NC 28208

Phone: (704) 399-4663

Facsimile: (704) 399-1127

www.eastwoodhomes.com

If this email is received in error please delete and notify sender. Thank you.

# EXHIBIT C

## On Flash Drive

## Or

## Video can be found at

https://www.facebook.com/100003546672768/videos/610334574346689/

# EXHIBIT D

---------- Forwarded message ---------
From: **Sharon Bryant** <srblackmon@hotmail.com>
Date: Sat, Apr 22, 2023, 5:27 PM
Subject: BREAKING NEWS NO HOA EXIST!!
To: Angelina Dean Armella (She/Her) (TBMNC)
<angelina.armella@toyota.com>, billhall1974@gmail.com
<billhall1974@gmail.com>, cdisaac3@gmail.com <cdisaac3@gmail.com>,
schloemer_john@yahoo.com <schloemer_john@yahoo.com>,
mets22@yahoo.com <mets22@yahoo.com>, davetogs@gmail.com
<davetogs@gmail.com>, lorriehall1978@yahoo.com
<lorriehall1978@yahoo.com>, lazaro.mendez67@gmail.com
<Lazaro.mendez67@gmail.com>, Ryan Leonard <leonardskinerd@gmail.com>,
danielleleonard1001@gmail.com <danielleleonard1001@gmail.com>,
hunt.yolanda@gmail.com <hunt.yolanda@gmail.com>, jacksonappr@gmail.com
<jacksonappr@gmail.com>, jmsmall89@gmail.com <JMSmall89@gmail.com>,
kgcjones@gmail.com <kgcjones@gmail.com>, maggiemichaela@gmail.com
<maggiemichaela@gmail.com>, Robyn Comer <robyncomer87@gmail.com>,
thejowshie@gmail.com <thejowshie@gmail.com>, tony.tyson@mail.com
<tony.tyson@mail.com>, Terence Hunt <terencehunt778@gmail.com>, Trent
Adams <tadams@taproperties.net>


Hi Neighbors,

Breaking News! Attorney Galvin said the Cottages at Piper's Village HOA, created
by Trent Adams Properties, is invalid! The attorney said we **DO NOT** have to abide

by any of the new covenants, conditions, and restrictions (CCR's) illegally submitted by Trent Adams! He even said the HOA fees collected by Trent Adams are very problematic because the HOA doesn't exist! He said the protest signs are a great idea, perfectly legal, and encouraged us to continue the protest. He agreed to represent us in order to pursue legal options against Trent Adams Properties. Tony Tyson, our neighbor, has agreed to help collect the needed funds to pay the attorney to get rid of Trent Adams once and for all. Tony will be contacting you in the next few days with details about how much is needed. We thank Tony in advance for his courage and willingness to help regain our neighborhood from the clutches of Trent Adams.

In the meantime, I have removed the Eastwood Slave Village sign in my yard as a goodwill gesture to prove this fight is not about race, but rather about property owner rights. So to anyone who might have been confused or offended by the slave sign, I apologize, it is no longer an issue. Now we are asking you once again to stand in solidarity and unify. Buy a sign for $15 and we will create whatever message you want to deliver to Eastwood Homes, Trent Adams, the city of Trinity, or whomever you think is responsible for these substandard homes and neighborhood conditions. Don't be the neighbor who benefits from our struggle, but refused to participate in our fight! Please contact us directly to pay for the sign. The Buyer's Beware rally was postponed due to inclement weather and will be rescheduled for next Saturday April 29th, 2023 from 12:00 P.M.- 2:00 P.M. on the sidewalk in front of the model home of Eastwood Homes. In closing, we are winning the fight! One potential buyer has already cancelled her contract to build and another is strongly considering the same! We will continue to fight until justice is done! Have an awesome week!

#PiperVillageStrong  #WeROne  #JusticeWillPrevail  #Fight4OurRights  #Praying4Piper

James Bryant                    Sharon Bryant
478.256.8625                     336.954.7936