# EXHIBIT 10

| STATE OF NORTH CAROLINA | File No. 23 CVD 867 |
|---|---|
| RANDOLPH County | In The General Court Of Justice<br>☐ Before the Clerk  ☐ District  ☒ Superior Court Division |

RANDOLPH COUNTY FILED SEP -5 2023 12:00 O'CLOCK PM CLERK OF SUPERIOR COURT

IN THE MATTER OF

Indirect ~~DIRECT~~ CRIMINAL CONTEMPT/
SUMMARY PROCEEDINGS/
FINDINGS AND ORDER

Name And Address Of Contemnor
JAMES L. BRYANT, JR.
5629 SILER ST
TRINITY   NC   27370

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | | |

G.S. 5A-11, -12, -13, -14

| Date | Time | Place |
|---|---|---|
| 09/05/2023 | 11:30  ☒ AM  ☐ PM | RANDOLPH COUNTY COURTHOUSE, CTRM 4-A |

On the date, time and place of hearing as stated above, the undersigned judicial official conducted:
☐ an initial appearance   ☐ a probable cause hearing   ☐ a trial
☐ a first appearance   ☐ an estates proceeding   ☐ other: _____
☐ a pre-trial motion hearing   ☐ a special proceeding

The Court finds beyond a reasonable doubt that during the proceeding the above contemnor willfully behaved in a contemptuous manner, in that the above named contemnor did

The undersigned gave a clear warning that the contemnor's conduct was improper. In addition, the contemnor was given summary notice of the charges and summary opportunity to respond.
(**NOTE:** *The contemnor should be given an opportunity to explain his/her behavior, however the contemnor is not entitled to counsel, if court promptly punishes act of contempt.*)
The contemnor's conduct interrupted the proceedings of the court and impaired the respect due its authority.
Therefore, it is adjudged that the above named contemnor is in contempt of court. It is ordered that the contemnor
**NOTE TO COURT:** *If suspending a sentence for contempt, impose judgment on form AOC-CR-604.*

☐ be censured for contempt.
☐ shall pay a fine of $ _____ (max. $500.00).   ☒ ~~shall pay~~ Court Waives the costs of court.
☒ be imprisoned for a term of __30__ ☐ hours ☒ days  in the custody of the  ☒ Sheriff  ☒ Other: SENTENCE IS SUSPENDED with 12 mths unsupervised probation
The contemnor shall be given credit for __0__ days' pretrial confinement.   ☐ Work release is recommended.
☐ This sentence shall run at the expiration of the sentence imposed in file number _____.

| Date | Name Of Judicial Official (type or print) | Signature Of Judicial Official |
|---|---|---|
| 09/05/2023 | HONORABLE KEITH GREGORY | |

### ORDER OF COMMITMENT/APPEAL ENTRIES

☒ It is ORDERED that the Clerk deliver **two** certified copies of this Findings and Order to the sheriff or other qualified officer and that the officer cause the contemnor to be delivered with these copies to the custody of the sheriff of the county named above to serve the sentence imposed or until the contemnor shall have complied with the conditions of release pending appeal.
☐ The contemnor gives notice of appeal from this Findings and Order to the Superior Court.
☐ The contemnor gives notice of appeal from this Findings and Order in the Superior Court to the appellate division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

**NOTE TO COURT:** *If finding of contempt was made by a judicial official inferior to a Superior Court Judge, the appeal is to Superior Court. G.S. 5A-17. On appeal from criminal contempt imposing confinement, there must be a bail hearing "within a reasonable time period" after confinement is imposed. The contemnor may not be confined more than 24 hours without a bail hearing. See G.S. 5A-17(b) for officials who may conduct the hearing.*

| Date | Name Of Judicial Official (type or print) | Signature Of Judicial Official |
|---|---|---|
| | | |

### CERTIFICATION

I certify that this Findings and Order is a true and complete copy of the original which is on file in this case.

| Date | Signature | |
|---|---|---|
| | | SEAL |

Date Certified Copies Delivered To Sheriff: _____   ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

Original - File   Copy - Sheriff
AOC-CR-390, Rev. 3/17, © 2017 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 23CVD 867 |
|---|---|
| RANDOLPH County | In The General Court Of Justice<br>☐ Before the Clerk  ☐ District  ☒ Superior Court Division |

RANDOLPH COUNTY FILED
SEP - 5 2023
12:00 O'CLOCK PM
OF SUPERIOR COURT

**IN THE MATTER OF**

Name And Address Of Contemnor
SHARON R. BRYANT
5629 SILER ST

TRINITY      NC      27370

Indirect

**DIRECT CRIMINAL CONTEMPT/
SUMMARY PROCEEDINGS/
FINDINGS AND ORDER**

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | F | | |

G.S. 5A-11, -12, -13, -14

| Date | Time | | Place |
|---|---|---|---|
| 09/05/2023 | 11:30 | ☒ AM  ☐ PM | RANDOLPH COUNTY COURTHOUSE, CTRM 4-A |

On the date, time and place of hearing as stated above, the undersigned judicial official conducted:
- ☐ an initial appearance     ☐ a probable cause hearing     ☐ a trial
- ☐ a first appearance         ☐ an estates proceeding        ☐ other: _____
- ☐ a pre-trial motion hearing ☐ a special proceeding

The Court finds beyond a reasonable doubt that during the proceeding the above contemnor willfully behaved in a contemptuous manner, in that the above named contemnor did

The undersigned gave a clear warning that the contemnor's conduct was improper. In addition, the contemnor was given summary notice of the charges and summary opportunity to respond.
(**NOTE:** *The contemnor should be given an opportunity to explain his/her behavior, however the contemnor is not entitled to counsel, if court promptly punishes act of contempt.*)
The contemnor's conduct interrupted the proceedings of the court and impaired the respect due its authority.
Therefore, it is adjudged that the above named contemnor is in contempt of court. It is ordered that the contemnor
**NOTE TO COURT:** *If suspending a sentence for contempt, impose judgment on form AOC-CR-604.*
- ☐ be censured for contempt.
- ☐ shall pay a fine of $ _____ (max. $500.00).   Court Waives ~~shall pay~~ the costs of court.
- ☒ be imprisoned for a term of  30  ☐ hours ☒ days  in the custody of the  ☒ Sheriff  ☒ Other: SENTENCE IS SUSPENDED with 12 mths unsupervised Probation
- The contemnor shall be given credit for   0   days' pretrial confinement.  ☐ Work release is recommended.
- ☐ This sentence shall run at the expiration of the sentence imposed in file number _____.

| Date | Name Of Judicial Official (type or print) | Signature Of Judicial Official |
|---|---|---|
| 09/05/2023 | HONORABLE KEITH GREGORY | |

**ORDER OF COMMITMENT/APPEAL ENTRIES**

- ☐ It is ORDERED that the Clerk deliver **two** certified copies of this Findings and Order to the sheriff or other qualified officer and that the officer cause the contemnor to be delivered with these copies to the custody of the sheriff of the county named above to serve the sentence imposed or until the contemnor shall have complied with the conditions of release pending appeal.
- ☐ The contemnor gives notice of appeal from this Findings and Order to the Superior Court.
- ☐ The contemnor gives notice of appeal from this Findings and Order in the Superior Court to the appellate division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

**NOTE TO COURT:** *If finding of contempt was made by a judicial official inferior to a Superior Court Judge, the appeal is to Superior Court. G.S. 5A-17. On appeal from criminal contempt imposing confinement, there must be a bail hearing "within a reasonable time period" after confinement is imposed. The contemnor may not be confined more than 24 hours without a bail hearing. See G.S. 5A-17(b) for officials who may conduct the hearing.*

| Date | Name Of Judicial Official (type or print) | Signature Of Judicial Official |
|---|---|---|
| | | |

**CERTIFICATION**

I certify that this Findings and Order is a true and complete copy of the original which is on file in this case.

| Date | Signature | SEAL |
|---|---|---|
| | | |

| Date Certified Copies Delivered To Sheriff | | | |
|---|---|---|---|
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

Original - File    Copy - Sheriff
AOC-CR-390, Rev. 3/17, © 2017 Administrative Office of the Courts