**SO ORDERED.**

**SIGNED this 10th day of December, 2025.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

```
              UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF NORTH CAROLINA
                     GREENSBORO DIVISION
```

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | Chapter 7 |
| | ) | Case No. 25-10147 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## ORDER RELIEVING DEBTORS OF FURTHER OBLIGATIONS UNDER RULE 2004 ORDER

This case came before the Court for hearing on December 9, 2025, on the Order Setting Hearing on Emergency Motion to Stay and Quash Rule 2004 Examination entered by the Court on November 10, 2025.  ECF No. 110 (the "Order Setting Hearing").  At the hearing James Lawrence Bryant, Jr. and Sharon Renea Bryant ("Debtors") as well as counsel for Eastwood Construction, LLC d/b/a Eastwood Homes ("Eastwood") appeared.  Debtors are proceeding pro se.

On May 5, 2025, Eastwood filed an Amended Motion seeking an order requiring Debtors to produce documents and appear for examination under Fed. R. Bankr. P. 2004.  ECF No. 23 (the "2004

1

Motion"). The Court conducted a hearing at which it orally granted Eastwood's Motion on June 12, 2025. Thereafter, the Court entered an Order effectuating its oral ruling. ECF No. 48 (the "2004 Order"). On September 5, 2025, Eastwood filed a Motion seeking an order requiring Debtors to show cause why they should not be held in civil contempt for failing to comply with the Rule 2004 Order. ECF No. 88 (the "Show Cause Motion"). On October 1, 2025, the Court entered an Order granting in part and continuing in part Eastwood's Show Cause Motion. ECF No. 96.

On November 5, 2025, Debtors filed an Emergency Motion to Stay and Quash Rule 2004 Examination. ECF No. 106. The Court liberally construed Debtors' motion as a motion to reconsider the 2004 Order, and on November 10, 2025, entered the Order Setting Hearing to determine whether any remaining production and the examination required by the 2004 Order were appropriate. ECF No. 110. On November 11, 2025, Eastwood withdrew the 2004 Motion as well as the Show Cause Motion. ECF Nos. 114 & 115. Therefore, because the underlying motions have been withdrawn and for the reasons stated in the Order Setting Hearing, the Court will reconsider the 2004 Order to the extent provided herein and relieve Debtors of any obligation of further production or examination under the 2004 Order from the date of the Order Setting Hearing.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Debtors are relieved of any obligation of further production

or examination under the 2004 Order from and after November 10, 2025.

[END OF DOCUMENT]

<u>Parties to be Served</u>
25-10147

```
John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator                    Via CM/ECF

Clint S. Morse
Counsel for Eastwood                             Via CM/ECF

James Lawrence Bryant, Jr.
5629 Siler Str
Trinity, NC 27370

Sharon Renea Bryant
5629 Siler Str
Trinity, NC 27370
```

4