**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

**IN RE:**

**JAMES LAWRENCE BRYANT, JR. and,**
**SHARON RENEA BRYAN**
***aka* SHARON RENEA BLACKMON**

**CASE NO.: 25-10147**
**CHAPTER: 7**

**DEBTORS.**
__________________________________/

**MOTION FOR CONTINUANCE OF HEARING**

**COMES NOW**, **ServiceMac, LLC** ("Movant"), by and through its undersigned counsel, and moves for a continuance of the hearing scheduled for **December 22, 2026 at 9:30 a.m.** In support thereof, Movant states as follows:

1. On June 1, 2026, Movant filed a Motion for Relief from Automatic Stay [DE#176].

2. The court scheduled a hearing on the Motion for September 24, 2026 at 9:30 a.m. [DE#181].

3. The Debtor is in the process of applying for a loan modification. Movant requests the hearing be continued for additional time for the loan modification application to be reviewed.

**WHEREFORE,** the Creditor respectfully request that the Court continue the hearing to December 22, 2026.

*/s/ Franklin L. Greene*

Franklin L. Greene, Attorney
N.C. Bar Number: 37896
205 Regency Executive Park Drive
Suite 100
Charlotte, NC 28217
T: (704) 970-0391

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list this 23rd day of September, 2026.

*/s/ Franklin L. Greene*
Franklin L. Greene, Attorney
N.C. Bar Number: 37896
205 Regency Executive Park Drive
Suite 100
Charlotte, NC 28217
T: (704) 970-0391

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
Alternate: fgreene@alaw.net

**SERVICE LIST**

*Debtor(s)*
James Lawrence Bryant, Jr. – PRO SE
and Sharon Renea Bryant
5629 Siler Street
Trinity, NC 27370

*Trustee*
Vicki L. Parrott
1414 Raleigh Road
Suite 435
Chapel Hill, NC 27517
(919) 968-4441

*Bankruptcy Administrator*
John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401
336-358-4170