**SO ORDERED.**

**SIGNED this 24th day of September, 2026.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

**IN RE:**

**JAMES LAWRENCE BRYANT, JR. and,**
**SHARON RENEA BRYAN**
***aka* SHARON RENEA BLACKMON**

**CASE NO.: 25-10147**
**CHAPTER: 7**

**DEBTORS.**
______________________________________/

ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING

This matter came on before the above signed United States Bankruptcy Judge upon the Motion for Continuance of Hearing on Motion for Relief from Stay (the "Motion") filed by ServiceMac LLC. (the "Creditor") The Court having considered the Motion and the record in this case finds and concludes as follows:

1. The Creditor filed the Motion on June 1, 2026.
2. The Court finds sufficient grounds to grant the Motion.
3. The automatic stay will remain in effect under section 362(e)(2) with consent of the Creditor until this matter can be heard.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is granted.

The hearing is continued to:

Date: December 22, 2026

Time: 9:30 AM

Location: Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401

IT IS HEREBY FURTHER ORDERED that the automatic stay will remain in effect under section 362(e)(2) until this matter can be heard.

END OF DOCUMENT

**DISTRIBUTION LIST:**

| |
|---|
| **James Lawrence Bryant, Jr.**<br>5629 Siler Street<br>Trinity, NC 27370 |
| **Sharon Renea Bryant**<br>5629 Siler Street<br>Trinity, NC 27370 |
| **John Paul Hughes Cournoyer**<br>U.S. Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC 27401 |
| **Vicki L. Parrott**<br>1414 Raleigh Road<br>Suite 435<br>Chapel Hill, NC 27517 |