IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re:<br><br>JAMES LAWRENCE BRYANT, JR. and<br>SHARON RENEA BRYANT a/k/a<br>SHARON RENEA BLACKMON,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>) | Case No. 25-10147<br><br>Chapter 7 |

**MOTION FOR GATEKEEPING ORDER AND CHANNELING INJUNCTION**
**SOUGHT BY EASTWOOD CONSTRUCTION PARTNERS, LLC**

Creditor Eastwood Construction Partners, LLC d/b/a Eastwood Homes ("Eastwood"), pursuant to 11 U.S.C. § 105 and the Court's inherent authority, respectfully requests that the Court enter a gatekeeping order and channeling injunction against James Lawrence Bryant, Jr. and Sharon Renea Bryant (collectively, the "Bryants") for reasons stated in its contemporaneously filed brief.

WHEREFORE, Eastwood respectfully requests that the Court enter a gatekeeping order and channeling injunction prohibiting the Bryants from further filings against Eastwood or its attorneys without first submitting the same to this Court for a determination that good cause exists to pursue any such matters.

This the 12th day of October, 2026.

/s/ Katarina K. Wong

Clint S. Morse
NC Bar No. 38384
cmorse@brookspierce.com
Jamey M. Lowdermilk
NC Bar No. 52271
jlowdermilk@brookspierce.com
Katarina K. Wong
NC Bar No. 55040
kwong@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
230 North Elm Street, Suite 2000
Greensboro, NC 27401
Phone: 336.271.3167
Fax: 336.232.9167

*Attorneys for Eastwood Construction Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Gatekeeping Order and Channeling Injunction was served on all parties who have made an appearance in the above captioned bankruptcy case by filing with the Court's CM/ECF system and by mailing as shown below.

James Lawrence Bryant, Jr.
Sharon Renea Bryant
5629 Siler Street
Trinity, NC 27370
jlbryantjr11@gmail.com
srblackmon@hotmail.com

*Debtors via Email and Certified Mail with Return Receipt*

John Paul Hughes Cournoyer

*Bankruptcy Administrator via CM/ECF*

Vicki L. Parrott
NORTHEN BLUE, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
vlp@nbfirm.com

*Trustee via Email and First-Class Mail*

This the 12th day of October, 2026.

/s/ Katarina K. Wong