FILED OCT 14 '26 PM 3 33 USBC-GBO

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION
# CASE # 25-10147

| | | |
|---|---|---|
| **JAMES LAWRENCE BRYANT, JR. and SHARON RENEA BRYANT a/k/a SHARON RENEA BLACKMON,** | ) ) ) ) ) | **DEBTORS' NOTICE OF WITHDRAWAL OF MOTION TO SHOW CAUSE AND ENFORCE DISCHARGE INJUNCTION** |
| **Debtors** | ) | |

Debtors hereby withdraw ECF No. 183 because the underlying state-court judgment-record issue has been resolved through corrective action by Eastwood Construction Partners, LLC.

Debtors' sole objective was correction of the state-court record. Debtors do not seek damages, sanctions, expenses, or a determination that Eastwood violated the discharge injunction.

Accordingly, Debtors respectfully request that the hearing scheduled for October 15, 2026, on ECF No. 183 be removed from the Court's calendar.

Respectfully submitted this 14th day of October 2026.

James L. Bryant, Jr., and Sharon R. Bryant

Pro Se Litigants

5629 Siler St

Trinity, North Carolina 27370

Tel: (478) 256-8625

Jlbryantjr11@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Debtors "Notice of Withdrawal of Motion to Show Cause and Enforce Discharge Injunction" were served on all creditors and parties in interest by CM/ECF and by U.S. Mail to the following:

Katie Wong
Brooks, Pierce, McClendon, Humphrey, & Leonard, LLP
150 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1800 (27602)
KWong@BrooksPierce.com
Phone: 919.882.2520
Jamey M. Lowdermilk
NC Bar No. 52271
jloudermilk@brookspierce.com
Brooks, Pierce, McClendon, Humphrey, & Leonard, LLP
230 North Elm Street, Suite 2000
Greensboro, NC. 27401
Phone: 336.271.3167

Respectfully submitted this 14th day of October 2026.

James L. Bryant, Jr., and Sharon R. Bryant
Pro Se Litigants
5629 Siler St
Trinity, North Carolina 27370
Tel: (478) 256-8625
Jlbryantjr11@gmail.com