**SO ORDERED.**

**SIGNED this 10th day of November, 2026.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| James Lawrence Bryant, Jr., | ) | |
| Sharon Renea Bryant, | ) | Chapter 7 |
| | ) | Case No. 25-10147 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER LIFTING THE AUTOMATIC STAY AND DIRECTING THE CLERK TO CLOSE THE CASE AS SOON AS PRACTICABLE**

This case is before the Court on the order for the parties to show cause why the automatic stay should not be modified and the captioned case closed for James Lawrence Bryant, Jr., and Sharon Renea Bryant ("Debtors"). ECF No. 198. At the hearing, Debtor James Lawrence Bryant and Sarah Bruce, attorney for the United States Bankruptcy Administrator, appeared.

On June 1, 2026, ServiceMac LLC filed a motion for relief from stay as to 5629 Siler Street, Trinity, NC 27370. ECF No. 176. Debtors have received their respective discharges, their

estates have been fully administered, the chapter 7 trustee has reported no distribution, and there are no pending adversary proceedings. ECF Nos. 60-61, 87. For the reasons stated in the Court's order to show cause and on the record in open court, the Court will lift the automatic stay and direct the Clerk of Court to close the case as soon as practicable.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** as follows:

1. The motion for relief from the automatic stay filed by ServiceMac LLC, ECF No. 176, is granted, and the movant is authorized to exercise its rights under applicable non-bankruptcy law with respect to the real property located at 5629 Siler St., Trinity, NC 27370.

2. The 14-day period under Fed. R. Bankr. P. 4001(a)(4) is waived.

3. The Clerk of Court is directed to close this bankruptcy case as soon as practicable.

[END OF DOCUMENT]

# Parties to be Served
25-10147

| | |
|---|---|
| John Paul Hughes Cournoyer<br>U.S. Bankruptcy Administrator | Via CM/ECF |
| Vicki L. Parrott<br>Trustee | Via CM/ECF |
| Franklin Greene<br>Counsel for ServiceMac LLC | Via CM/ECF |

James Lawrence Bryant, Jr.
5629 Siler Str
Trinity, NC 27370

Sharon Renea Bryant
5629 Siler Str
Trinity, NC 27370